Dear Judge Michael P. Shea:

I'm writing this letter to you in hopes to get a situation clarified. On the evening of November 7, 2014 a summons in a civil case, case number 3:14-cv-00741-MPS, Daniel Carpenter, ET AL., V. Lynn Allen., was delivered to my residence at 7 Wingate Rd, Sandown, NH 03873.

I would like first to state, I am not a Special Agent for the United States Department of Labor, nor have I ever been employed as a Special Agent for the United States Department of Labor.

I am employed by the Internal Revenue Service in Andover MA. My current position is a Customer Service Representative. As the title reads I service customers on the telephone. I have been employed by the I.R.S. since 1986.

I want to state that I am not the Lynn Allen that is notated in the Summons.

I called the United States District Court on November 19, 2014 at aprox. 9;30 am at (860) 240-3200 in regards to what information they would need me to submit to show I am not the Lynn Allen that is referred to in the lawsuit. I inquired what I would need to submit to resolve the allegation and I was advised by the clerk that they could not tell me what to submit and that I should probably retain a Lawyer.

I then phoned Attorney Norman A Pattis, the defendants attorney on November 19, 2014 at aprox. 10 am and spoke with a very nice women, I believe her name was Helen, who took all of my information as well as the case number and she assured me someone would contact me and not to worry when I explained that I was very concerned about this mix up.

As of today, I have not heard back from their office.

Please advise if this letter is suffice to show there is not further obligation on my part with case number 3:14-cv-00741-MPS

I will be sending a letter to Attorney Norman A. Pattis as well..

Thanking you in advance for your time and consideration.

Lynne Allen
November 13, 2014

*/s/ Lynne Allen*