# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

DANIEL CARPENTER, ET AL.,

V.

**SUMMONS IN A CIVIL CASE**

LYNN ALLEN, ET AL.,

CASE NUMBER: 3:14-CV-00741-MPS

TO: **Lynn Allen**, Special Agent for the United States Department of Labor
Defendant's Address:

~~7 Wingate Road~~
~~Sandown, NH 03873~~

56 Elika Road
Wallingford, CT

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Norman A. Pattis
The Pattis Law Firm, LLC
649 Amity Road
Bethany, CT 06524

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

/s/ − B. Grady
_____
*Signature of Clerk or Deputy Clerk*



ISSUED ON 2014−05−23 11:42:50.0, Clerk
USDC CTD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* The United States Dept of Labor, LYNN ALLEN, Special Agent For
was received by me on *(date)* ( Nov. 25, 2014 Told To Hold) And Than on Dec. 09, 2014

☒ I personally served the summons on the individual at *(place)* Work - US Atty Office - 157 Church St, 25th Fl. New Haven, CT 06510 on *(date)* Dec. 11, 2014 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)* _____

My fees are $ 5.60 for travel and $ 71.84 for services, for a total of $ 77.44 0.00

I declare under penalty of perjury that this information is true.

Date: 12-11-2014

Servers signature

Peter J. Crusauld Jr.
Ct. State Marshal -
54 Fieldstone Court
North Haven, Ct 06473

Printed name and title

Servers address

Additional information regarding attempted service, etc: