UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANIEL CARPENTER and GRIST MILL CAPITAL, LLC, | : : : | Civil Action No. 3:14-cv-00741-VAB |
| Plaintiffs, | : : | |
| vs. | : : | |
| LYNN ALLEN, CHERI GARCIA, TIMOTHY CORSI, JOHN DOES 1-100, and JANE DOES 1-100, | : : : : | |
| Defendants | : | July 2, 2017 |

## JOINT STATUS REPORT

The parties submit this joint status report to advise the Court that sentencing in the criminal case, United States v. Carpenter, 3:13-cr-00226-RNC, has been postponed. Judge Chatigny has entered an Order for Psychiatric Evaluation in Aid of Sentencing and has not yet calendared a new sentencing date. (*Id.* at ECF 365 and 366).

In the instant case, on April 27, 2018, this Court ordered the parties to "file brief submissions within fourteen days after the criminal case is resolved addressing whether the stay should be lifted." (ECF 42.) Due to the delay in sentencing, those briefs will also be delayed, unless the Court is inclined to order a more expedited briefing schedule.

Respectfully submitted

| THE PLAINTIFF DANIEL CARPENTER | THE DEFENDANTS |
|---|---|
| | John H. Durham |
| By: */s/ Jeffrey P. Nichols* | United States Attorney |
| David A. Slossberg (ct13116) | */s/* |
| Jeffrey P. Nichols (ct29547) | Christine Sciarrino |
| HURWITZ SAGARIN SLOSSBERG & KNUFF, LLC | Assistant United States Attorney United States Attorney's Office |
| 147 North Broad Street | 157 Church Street -25th Floor |
| Milford, CT  06460-0112 | New Haven, Connecticut 06510 |

Telephone: (203) 877-8000  Tel. (203) 821-3780/Fax (203) 773-5315
Fax: (203) 878-9800  Email: Christine.Sciarrino@usdoj.gov
JNichols@hssklaw.com  Federal No. CT339
DSlossberg@hssklaw.com

THE PLAINTIFF
GRIST MILL CAPITAL, LLC

By: */s/ Jonathan J. Einhorn*
JONATHAN J. EINHORN, ESQ.
129 Whitney Avenue
New Haven, Connecticut 06510
Federal Bar No. ct00163
203-777-3777
einhornlawoffice@gmail.com

**CERTIFICATE OF SERVICE**

This is to certify that on July 2, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to all parties that are unable to accept electronic filing. Parties may access this filing through the Court's electronic system.

*/s/ Jeffrey P. Nichols*
Jeffrey P. Nichols