UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL E. CARPENTER and<br>GRIST MILL CAPITAL, LLC,<br><br>    Plaintiffs,<br><br>VS.<br><br>LYNN ALLEN, CHERI GARCIA,<br>TIMOTHY CORSI, JOHN DOES 1-100,<br>and JANE DOES 1-100,<br><br>    Defendants. | :<br>:<br>:    Docket No. 3:14CV741 (KAD)<br>:<br>:<br>:<br>:<br>:<br>:<br>December 17, 2018 |

**UNITED STATES' STATUS REPORT AND REQUEST TO CONTINUE STAY**

The United States, on behalf of Defendants Allen, Garcia and Corsi, hereby respectfully files its status report in accordance with this Court's previous Order. ECF #42. This pending *Bivens* case primarily concerns the validity of search warrants that yielded evidence in the criminal prosecution of the plaintiff, Daniel Carpenter. The related criminal case is styled *United States v. Daniel Carpenter*, docket number 3:13CR226 (RNC). This *Bivens* case was initially stayed by this Court on October 9, 2015, and the stay has been extended three times, as the criminal case continued to remain pending. ECF #28, 40, 42. The most recent Order continuing the stay in the instant case directed that the stay would continue until the related criminal case "is resolved and judgment has been entered . . . The parties shall, however, file brief submissions within fourteen days after the criminal case is resolved addressing whether the stay should be lifted." ECF #42. A criminal sentence was imposed upon Daniel Carpenter by this Court on

December 3, 2018. Docket number 3:13CR226 (RNC), ECF #400[1]. On December 4, 2018, Daniel Carpenter filed a Notice of Appeal in the criminal case. Docket No. 3:13CR226 (RNC), ECF #397.

Accordingly, the United States files its status report in compliance with the April 27, 2018 Order (ECF #42) in this case. The United States further requests that this *Bivens* case continue to be stayed for the reasons set forth in this Court's previous Orders (ECF #28, 40). Counsel for the United States believes that a primary issue of Daniel Carpenter's criminal appeal will be the search warrants that are at issue in this case, and the suppression of evidence that resulted from the execution of those search warrants.

> Respectfully submitted,
>
> John H. Durham
> United States Attorney
>
> /s/
>
> Christine Sciarrino
> Assistant United States Attorney
> United States Attorney's Office
> 157 Church Street -25th Floor
> New Haven, Connecticut 06510
> Tel. (203) 821-3780/Fax (203) 773-5315
> Email: Christine.Sciarrino@usdoj.gov
> Federal No. CT3393

---

[1] While sentence was imposed upon Daniel Carpenter by the Court on December 3, 2018, no judgment has been entered on the Court's docket as of December 17, 2018.

Certification

I hereby certify that on December 17, 2018, a copy of the foregoing Status Report was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/

Christine Sciarrino
Assistant United States Attorney