## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANIEL CARPENTER and GRIST MILL CAPITAL, LLC, | : : : | No. 3:14-cv-00741-KAD |
| Plaintiffs, | : : | |
| vs. | : : | |
| LYNN ALLEN, CHERI GARCIA, TIMOTHY CORSI, JOHN DOES 1-100, and JANE DOES 1-100, | : : : : | |
| Defendants. | : | November 23, 2020 |

### JOINT STATUS REPORT

Pursuant to the Court's order dated June 10, 2020 (ECF 51), the Plaintiffs Daniel Carpenter and Grist Mill Capital, LLC and the Defendants Lynn Allen, et al., hereby submit this Joint Status Report.

1. Plaintiffs filed this action against various federal law enforcement agents seeking damages arising out of the execution of a criminal search warrant on May 26, 2011.

2. This action has been stayed since October 9, 2015. The Court's stay order cited, *inter alia*, potential overlap of issues with a criminal case, USA v. Carpenter, 3:13-CR-226 (RNC), and potential duplication of efforts. (ECF 28.)

3. After a status conference in June 2020, this Court issued the following order (ECF 51):

> As discussed during the status conference, the stay previously entered in this matter shall remain in effect until such time as the appeal (to include any petition for writ of certiorari) that relates to the issues in this case arising from the criminal case, captioned USA v. Carpenter, 3:13-CR-226 (RNC), is fully concluded. The parties shall file a Joint Status Report within 14 days of the conclusion of such appeal.

4. The merits appeal in the criminal case concluded on November 9, 2020, when the Supreme Court denied certiorari. Mr. Carpenter's separate appeal from the sentence

(specifically, pertaining to the order of restitution) is still pending before the Second Circuit, but has no bearing on the merits of the criminal judgment, and has no overlap with the issues in this case.

     5.     The parties agree that the stay in this action should be lifted.

     6.     The government requests a deadline of 60 days from the date the stay is lifted to file its responsive pleading.

     7.     Counsel for Plaintiff Daniel Carpenter will be moving to withdraw with Mr. Carpenter's consent.  Mr. Carpenter requests a deadline of 60 days to appear through substitute counsel or to file his appearance pro se.

Respectfully submitted,

| THE PLAINTIFF, | THE DEFENDANT |
|---|---|
| DANIEL CARPENTER | UNITED STATES OF AMERICA |
| | |
| By: */s/ Jeffrey P. Nichols* | RICHARD E. ZUCKERMAN |
| David A. Slossberg (ct13116) | Principal Deputy Assistant Attorney General |
| Jeffrey P. Nichols (ct29547) | |
| HURWITZ SAGARIN SLOSSBERG & KNUFF, LLC | */s/ Christine Sciarrino* |
| 147 North Broad Street | Christine Sciarrino |
| Milford, CT  06460-0112 | Assistant United States Attorney |
| Tel: (203) 877-8000/Fax: (203) 878-9800 | United States Attorney's Office |
| JNichols@hssklaw.com | 157 Church Street -25th Floor |
| DSlossberg@hssklaw.com | New Haven, Connecticut 06510 |
| | Tel. (203) 821-3780/Fax (203) 773-5315 |
| THE PLAINTIFF, | Email: Christine.Sciarrino@usdoj.gov |
| GRIST MILL CAPITAL, LLC | Federal No. CT3393 |
| | |
| By: */s/ Jonathan J. Einhorn* | |
| JONATHAN J. EINHORN, ESQ. | |
| 129 Whitney Avenue | |
| New Haven, Connecticut 06510 | |
| Federal Bar No. ct00163 | |
| 203-777-3777 | |
| einhornlawoffice@gmail.com | |

**CERTIFICATE OF SERVICE**

This is to certify that on November 23, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to all parties that are unable to accept electronic filing. Parties may access this filing through the Court's electronic system.

*/s/ Jeffrey P. Nichols*
Jeffrey P. Nichols