UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL CARPENTER and GRIST MILL CAPITAL, LLC, | : <br> : No. 3:14-cv-00741-KAD <br> : |
| Plaintiffs, | : <br> : |
| vs. | : <br> : |
| LYNN ALLEN, CHERI GARCIA, TIMOTHY CORSI, JOHN DOES 1-100, and JANE DOES 1-100, | : <br> : <br> : <br> : December 8, 2020 |
| Defendants. | : |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. Rule 7(e), the undersigned attorney (Jeffrey P. Nichols of Hurwitz Sagarin Slossberg & Knuff, LLC) respectfully moves to withdraw his appearance on behalf of Daniel Carpenter. The undersigned respectfully submits that there is good cause for this motion for the following reasons:

1. Plaintiffs filed this action on May 22, 2014. (ECF 1.)

2. The case was stayed between October 9, 2015 (ECF 28) and November 23, 2020 (ECF 53).

3. The undersigned appeared on behalf of Mr. Carpenter on August 18, 2016. (ECF 30.) Between that date and the date of this filing, the stay has remained in place and no merits-related activity has occurred.

4. Defendants have not yet filed their responsive pleading, no Rule 26(f) report has been filed, and discovery has not commenced.

5. The undersigned represents and affirms that:

   a. He will deliver a copy of this motion and any related order to Mr. Carpenter;

b. He has notified Mr. Carpenter that if he does not appear through substitute counsel or file an appearance to represent himself, his claims in this action could be subject to dismissal for lack of prosecution; and

c. Mr. Carpenter has consented to the withdrawal of appearance, as stated in the attached Declaration of Daniel E. Carpenter (**Exhibit A** hereto).

WHEREFORE, the undersigned respectfully requests that this motion to withdraw be granted.

By: */s/ Jeffrey P. Nichols*
Jeffrey P. Nichols (ct29547)
HURWITZ SAGARIN SLOSSBERG & KNUFF, LLC
147 North Broad Street
Milford, CT 06460-0112
Telephone: (203) 877-8000
Fax: (203) 878-9800
JNichols@hssklaw.com

## **CERTIFICATE OF SERVICE**

This is to certify that on December 8, 2020 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to all parties that are unable to accept electronic filing. Parties may access this filing through the Court's electronic system.

*/s/ Jeffrey P. Nichols*
Jeffrey P. Nichols