UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANIEL CARPENTER, ET AL. | : | |
| VS. | : | NO. 3:14cv741(KAD) |
| LYNN ALLEN, ET AL. | : | DECEMBER 30, 2020 |

**NOTICE OF APPEARANCE**

Please note the appearance of John R. Williams (ct00215) on behalf of both plaintiffs in this matter.

                THE PLAINTIFFS

                BY:_____/s/_____(ct00215)_____
                      JOHN R. WILLIAMS (ct00215)
                      51 Elm Street
                      New Haven, CT 06510
                      203.562.9931
                      Fax:  203.776.9494
                      jrw@johnrwilliams.com

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                             /s/         (ct00215)
                                    JOHN R. WILLIAMS