## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

DANIEL E. CARPENTER and
GRIST MILL CAPITAL, LLC,                    :

        Plaintiffs,                              :       Docket No.  3:14CV741 (KAD)

                                                 :

VS.

                                                 :

LYNN ALLEN, CHERI GARCIA,
TIMOTHY CORSI, JOHN DOES 1-100,    :
and JANE DOES 1-100,

                                                 :

        Defendants.

### CERTIFICATION OF SCOPE OF EMPLOYMENT

I, John H. Durham, United States Attorney for the District of Connecticut, acting in accordance with the authority vested in me by 28 C.F.R. § 15.3(a), hereby certify pursuant to the provisions of 28 U.S.C. § 2679(d)(1) that Lynn Allen, Cheri Garcia and Timothy Corsi were acting within the scope of their federal employment with regard to all conduct relating to the Plaintiffs' claims as alleged in the Complaint.

Dated at New Haven, Connecticut, this 11TH day of December, 2020.

                                              _____
                                              John H. Durham
                                              United States Attorney
                                              District of Connecticut