# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL CARPENTER, et al.,<br>    Plaintiffs,<br><br>    v.<br><br>DOUGLAS SHULMAN, et al.,<br>    Defendants. | No. 3:13-cv-563 (SRU) |
| DANIEL CARPENTER, et al.,<br>    Plaintiffs,<br><br>    v.<br><br>LYNN ALLEN, et al.,<br>    Defendants. | No. 3:14-cv-741 (SRU) |

## ORDER TO SHOW CAUSE

The Internal Revenue Service and Department of Labor are ordered to show cause, in writing on or before March 24, 2021, why all items seized or re-seized by the government entities in connection with its investigations of Daniel Carpenter and Grist Mill Capital, LLC—with the exception of Items 28 and 29 as defined in the joint status report filed in 13-cv-563 (doc. no. 168)—shall not be immediately returned to Carpenter and Grist Mill Capital, LLC by the government entity that currently possesses them.

So ordered.

Dated at Bridgeport, Connecticut, this 3rd day of March 2021.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge