# EXHIBIT 1

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| PETTIBONE TAVERN, LLC, GRIST MILL PARTNERS, LLC, 1&3 MILL POND PARTNERS, LLC, GRIST MILL CAPITAL, LLC, AVON CAPITAL, LLC, ARIA, LLC, CHARTER OAK TRUST, LLC, AVON TRUST, USB CLIENT SERVICES, INC., CAROLINE FINANCIAL GROUP, INC., REX INSURANCE SERVICES, INC., BESTCO BENEFIT PLANS, LLC, BOSTON PROPERTY EXCHANGE TRANSFER COMPANY, INC., LINCOLN FINANCIAL SERVICES CORPORATION, WAYNE BURSEY, and SHAWNDRIKA GARDNER, <br>　　Petitioners, <br><br> v. <br><br> COMMISSIONER OF INTERNAL REVENUE, <br>　　Defendant. | Case No. 3:10MC64(AVC) |

### ORDER TO SHOW CAUSE

The petitioners' motion for the return of property having been presented to the court, it is hereby ORDERED that the defendant, Commissioner of Internal Revenue, shall appear before the United States District Court in Courtroom #1, Annex, 450 Main Street, Hartford, Connecticut, on the 3rd day of June, 2010, at 1:00 pm, then and there to show cause why the relief requested therein should not issue against them.

Dated at Hartford, Connecticut this 11th day of May, 2010.

　　　　　　　　　　　　　　　　　　/s/ Alfred V. Covello
　　　　　　　　　　　　　　　　　　Alfred V. Covello, U.S.D.J.