# EXHIBIT 5

# AUSA NOVICK SUBPOENA
## BOXES NOT RETURNED

| | | |
|---|---|---|
| 32 | 124 | 247 |
| 35 | 125* | 249 |
| 36 | 128 | 253 |
| 37 | 129* | 287 |
| 38 | 145 | 291 |
| 54 | 204* | 293 |
| 75 | 205 | 300 |
| 81* | 237 | 308* |
| 90 | 238 | |
| 103 | 239 | |
| 121* | 243 | |

*Boxes Returned