UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL CARPENTER, et al., <br>     Plaintiffs, <br><br> v. <br><br> LYNN ALLEN, et al., <br>     Defendants. | No. 3:14-cv-741 (SRU) |

## CONFERENCE MEMORANDUM AND ORDER

On November 16, 2021, I held a status conference off the record with John Williams, attorney for plaintiff Daniel Carpenter; Jonathan Einhorn, attorney for plaintiff Grist Mill Capital LLC; and Christine Sciarrino, attorney for the defendants.

I briefly reviewed the history of and recent developments in this and related matters, including but not limited to the November 5, 2021 settlement conference. *See Carpenter, et al. v. Shulman, et al.*, Docket No. 3:13-cv-563 (SRU); *Carpenter, et al. v. Allen*, et al., 14-cv-741 (SRU); *United States v. Carpenter*, Docket No. 3:13-cr-00226 (RNC); *Carpenter v. United States*, 3:21-cv-01485 (RNC). I also provided the parties an open-ended opportunity to provide updates, in which they addressed limited-scope damages discovery. Defendants also indicated that they would soon prepare a motion for summary judgment.

I informed the parties that I was preparing to rule on the plaintiffs' pending 41(g) motion for return of property, Doc. No. 75, and we exchanged questions related to the motion.

I set January 15, 2022 as the deadline for damages discovery and February 15, 2022 as the deadline for dispositive motions.

So ordered.

Dated at Bridgeport, Connecticut, this 19th day of November 2021.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge

So ordered.

Dated at Bridgeport, Connecticut, this 19th day of November 2021.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge