# EXHIBIT 2
## Wayne Bursey Affidavit

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

PETTIBONE TAVERN, LLC, ET AL.

V.

COMMISSIONER OF INTERNAL REVENUE

IN RE: Illegal Seizure of Property by Search Warrant at 100 Grist Mill Road, Simsbury, Connecticut

Case No. _____

April 29, 2010

## DECLARATION OF WAYNE H. BURSEY

I, WAYNE H. BURSEY, pursuant to 28 U.S.C. § 1746(2), hereby declare as follows:

1. I am over the age of eighteen and understand the obligations of an oath.

2. I make this declaration from my personal knowledge and in support of Petitioners' Emergency Motion for Return of Illegally Seized Property.

3. I am Trustee of the Charter Oak Trust.

4. On April 20, 2010, several of my companies located at 100 Grist Mill Road in Simsbury, Connecticut, including Grist Mill Partners, LLC, Charter Oak Trust, and 1&3 Mill Pond Partners, LLC, were stormed and trampled by 35 – 50 armed Federal IRS CID Agents wearing Kevlar vests.

5. On Wednesday, April 21, 2010, I returned to my office located at 100 Grist Mill Road to find a large number of files and personal documents missing from my office.

1

6.     The IRS Agents took all documents relating to one particular trust, Charter Oak Trust, of which I am the Trustee. The Charter Oak Trust does not allow tax deductions so it could not possibly be associated with any tax investigation or the underlying search warrant. The IRS's improper search and illegal seizure of documents that are not, and could not be in any way related to this "criminal investigation" has completely disrupted and effectively destroyed the day-to-day operating capability of our company.

7.     As Trustee of the Charter Oak Trust, I must insist on the immediate return of the property stolen from our building because they took all of the files pertaining to the Charter Oak Trust, which does not allow any tax deduction and which were not listed in the warrant, including:

- Live Original Insurance Policies (not Copies);
- Applications for Insurance;
- Confidential Client Financial Information;
- Confidential Medical Information Protected by HIPAA;
- Claim Files;
- Termination Files;
- Loan Agreements;
- Policy Illustrations;
- Adoption Agreements and other Enrollment Documents;
- Policyholder Servicing Requests and other Paperwork;
- Admin Binders.

8.     The federal agents also took every single file and every single policy and application belonging to Grist Mill Capital, LLC. Grist Mill Capital, LLC's portfolio is currently over Two Billion Dollars. This is particularly harmful in that Grist Mill Capital, LLC is in the midst of engineering a deal to sell its portfolio of insurance policies to a major German pension plan next month. This deal is now at risk because every insurance portfolio and policy was seized by the IRS on April 20, 2010.

9. The IRS agents also took personal and business files and depositions from my office and/or my desk, which were not identified in the search warrant, and which relate to real estate companies 1&3 Mill Pond Partners, LLC and Grist Mill Partners, LLC. Such files include lease agreements and other important documents related to these real estate companies, which are not related to any tax investigations.

10. The IRS agents also took my daily notebooks that are paramount to my day to day activities and not identified in, or related to, the Search Warrant.

11. In addition, my personal tax returns and personal 401K file contents were taken from my desk drawers and e-mails, many of which were personal in nature and all of which had nothing to do with the subject matter of the Search Warrant were imaged.

12. The above mentioned items and files were stolen by IRS FED CID Agents are located in the following boxes: 32, 35, 36, 37, 38, 54, 75, 90, 103, 124, 128, 204, 205, 237, 238, 239, 243, 247, 249, 253, 291, 293 and 300.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: April 29, 2010

*[signature]*
Wayne H. Bursey

Wayne Bursey, being known to me or having produced satisfactory identification, affirmed that he had reviewed the contents of the foregoing and affirmed that the statements made within the affidavit are true.

Subscribed and sworn to before me this 29th day of April, 2010.

*[signature]*
Notary Public
My Commission expires: 3/31/12

1743555v.1

3

JASON J. CONCATELLI
Notary Public, State of Connecticut
My Commission Expires March 31, 2012

UNIV_CT - 002325