# EXHIBIT 4

## Labelle Email RE: USA Novak's Position on Unreturned Boxes

From: "Dan E. LaBelle" <LABELLE@halloransage.com>
Date: 8/30/21 2:36 PM (GMT-05:00)
To: Dan Carpenter US <dcarpenter@usbgi.com>, "Donna W. Parrott" <parrott@halloransage.com>, "William J. McGrath, Jr." <McGrath@halloransage.com>
Subject: RE: NextPoint: Govt Computer Dump

I spoke with the U.S. Attorney's office. Their position is unchanged regarding Dan Carpenter, or anyone else for that matter, having access to the discovery material from the criminal case. In addition to some material obtained from the search of BASI premises and BASI computers, the material includes investigatory reports and information/documents obtained from third party sources. Although Dan C.'s criminal case is concluded, there is still post judgment litigation so the government's position is that the protective order remains in place and the limited access/no copying protocols should still be followed. I will so inform Universitas counsel.