Exhibit

Response to Admissions No. 1

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

DANIEL E. CARPENTER and
GRIST MILL CAPITAL, LLC,

    Plaintiffs,

VS.

LYNN ALLEN, CHERI GARCIA,
TIMOTHY CORSI, JOHN DOES 1-100,
and JANE DOES 1-100,

    Defendants.

Docket No. 3:14CV741 (SRU)

September 24, 2021

## DEFENDANTS' REQUEST FOR ADMISSION AS TO DANIEL E. CARPENTER

Pursuant to Fed. R. Civ. P. 26 and 36, the Defendants, Lynn Allen, Cheri Garcia and Timothy Corsi, submit these Requests for Admission to Plaintiffs Daniel E. Carpenter and Grist Mill Capital, LLC.

## REQUESTS FOR ADMISSION

1. Please admit that you did not observe Special Agent Lynn Allen at 100 Grist Mill Road, Simsbury, Connecticut on May 26, 2011.

**ADMIT**

CERTIFICATION OF SERVICE

On October 22, 2021, the foregoing was served upon Christine Sciarrino, Esq., Assistant United States Attorney, 157 Church Street - 25th Floor, New Haven, CT 06510; christine.sciarrino@usdoj.gov

                                 /s/      (ct00215)
                              JOHN R. WILLIAMS