25-703H-0002-LCJ
May 31, 2011
SA Shannon Woolard

## MEMO TO FILE

On May 26, 2011, Special Agent Shannon Woolard and Assistant Special Agent in Charge Cheryl Garcia were sitting in the front conference room of the office building located at 100 Grist Mill Road, Simsbury, Connecticut, with DANIEL CARPENTER during the execution of a federal search warrant. CARPENTER spontaneously made statements to the Agents and then proceeded to pick up the telephone in the presence of the Agents and talk in a very load tone. CARPENTER was overheard to state the following:

Charter Oak Trust has been out of business for over one year.

No deductions are taken and Charter Oak is not an ERISA Plan.

Charter Oak Trust seems to be the target of the search warrant.

No deduction for Charter Oak Trust.

All the boxes related to Charter Oak Trust are out in Milwaukee.

The Nova Benefit Plans documents were seized by the IRS in the raid.

There is nothing to hide with Charter Oak Trust.

All the files were taken by the IRS.

Charter Oak Trust was out of business before the IRS Raid in 2010.

Charter Oak Trust has had no new business since 2009 … financing of insurance policies. The last policy was done in 2009.

Even the trust accounts have been closed.

There has been no new business since 2009.

All the old business is already gone, nothing new since IRS raid in 2010.

Charter Oak Trust is based on financing insurance policies, no employer contributions.

… several people they are investigating … don't know their names.