| | |
|---|---|
| **From:** | Garcia, Cheryl - OIG <garcia.cheryl@oig.dol.gov> |
| **Sent:** | Thursday, May 26, 2011 10:24 AM |
| **To:** | Allen, Lynn - OIG |
| **Subject:** | Re: Secure |

Secure here as well.

----- Original Message -----
From: Allen, Lynn - OIG
Sent: Thursday, May 26, 2011 10:06 AM
To: Garcia, Cheryl - OIG
Subject: Secure

1