25-703H-0002-LCJ
June 3, 2011
ASAC Cheryl Garcia *CG*

## MEMO TO FILE

On May 26, 2011, ASAC Garcia was in the front conference room with Daniel Carpenter, SA Shannon Woolard, SA Vince Gilbey and at times Gerald Giaimo, attorney for Carpenter. Carpenter was reviewing the search warrant attachment and made the following statements:

Jack E. Robinson, Trudeau and Waeshe are in Stamford.

Wayne Bursey is in the office and Trustee of Charter Oak.

Charles Westcott is in Millerton, New York, and used to be in the office once a month, but stopped coming here. He is an independent agent and always has been.

Bob Pacini is a friend of Wescott – insurance - Lincoln Financial Group.

Andrew Varner
Paul Martin

Carpenter has Grist Mill Capital, Grist Mill LLC, Grist Mill Partners (owns building) and Caroline Financial Group (as managing member).

TPG – Insurance brokerage – there are no files here and it has nothing to do with Charter Oak.

Nova Group, Inc. is the trustee for the Charter Oak Trust

Avon Capital – Does nothing, and has nothing to do with Charter Oak Trust. It is not active and has $1000 in a bank account.

Ridgewood – Grist Mill borrowed money from Ridgewood to finance Charter Oak policies.

Benistar is a third party administrator for the health & welfare and pension funds, some union funds, such as the IBEW, steel workers, the Teamsters in New York and municipalities, and some non union funds.

Everyone here but Carpenter is employed by Benistar.

Policies are being litigated with Phoenix. They just settled litigation with Penn Mutual. They thought Carpenter was doing STOLI, but Carpenter is the anti-STOLI group.

Lincoln policies back to Ridgewood.

The STOLI market collapsed in 2008/2009. Grist Mill lost $8-10 million; Charter Oak. AIG and Lehman Brothers did STOLIs.

Charter Oak borrows money to pay for insurance; it is sophisticated.

The real business is Benistar; the TPA for health benefit funds for 200,000 retirees.

There are 90 policies in Charter Oak.