| | |
|---|---|
| **From:** | Allen, Lynn - OIG <Allen.Lynn@oig.dol.gov> |
| **Sent:** | Thursday, May 26, 2011 11:02 AM |
| **To:** | Garcia, Cheryl - OIG; Gilbey, Vincent - OIG |
| **Subject:** | Fw: represented parties |

---

**From**: Novick, David (USACT) [mailto:David.Novick@usdoj.gov]
**Sent**: Thursday, May 26, 2011 10:58 AM
**To**: Allen, Lynn - OIG; Goreham, Mary - EBSA
**Subject**: FW: represented parties

---

**From:** Wilson, Eric [mailto:EWilson@gklaw.com]
**Sent:** Thursday, May 26, 2011 10:51 AM
**To:** Novick, David (USACT)
**Cc:** Bosack, Sean; LaBelle, Dan E.; Egan, Patrick J.; Giampietro, Gordon (USAWIE)
**Subject:** represented parties

David,

The following individuals and entities are represented by counsel:

Dan Carpenter (Eric Wilson and Sean Bosack of Godfrey & Kahn)
BASI and Molly Carpenter (Dan LaBelle of Halloran & Sage)
Patrick Egan (Wayne Bursey)

All counsel are copied above.

Please distribute a PDF of the warrant to everyone copied on this email as soon as possible.

Eric


**Eric Wilson**



One East Main Street
Madison, WI 53703
Phone: 608-257-3911
Direct: 608-284-2603
Fax: 608-257-0609
Email: EWilson@gklaw.com
http://www.gklaw.com

**Pursuant to Circular 230 promulgated by the Internal Revenue Service, if this email, or any attachment hereto, contains advice concerning any federal tax issue or submission, please be advised that it was not intended or written to be used, and that it cannot be

used, for the purpose of avoiding federal tax penalties unless otherwise expressly indicated.

This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited.  If you have received this transmission in error, please destroy it and notify us immediately at our telephone number (608) 257-3911.**