| | |
|---|---|
| **From:** | Allen, Lynn - OIG <Allen.Lynn@oig.dol.gov> |
| **Sent:** | Thursday, May 26, 2011 11:10 AM |
| **To:** | Garcia, Cheryl - OIG |
| **Subject:** | Re: Carpenter |

Can you call David about this?
860-883-1941

----- Original Message -----
From: Garcia, Cheryl - OIG
Sent: Thursday, May 26, 2011 11:07 AM
To: 'David.Novick@usdoj.gov' <David.Novick@usdoj.gov>
Cc: Allen, Lynn - OIG; Gilbey, Vincent - OIG
Subject: Carpenter

He is willing to talk and has an attorney here now, Gerald Giaimo. Can we let him talk?