| | |
|---|---|
| **From:** | Garcia, Cheryl - OIG <garcia.cheryl@oig.dol.gov> |
| **Sent:** | Thursday, May 26, 2011 11:21 PM |
| **To:** | 'LABELLE@halloran-sage.com'; Novick, David (USACT); 'Mike.Gustafson@usdoj.gov' |
| **Cc:** | Miller, Ray (USACT); Allen, Lynn - OIG |
| **Subject:** | Re: Search at Simsbury and Stamford |

Dan,

We anticipate finishing around 1:30am and need someone to come to the office to secure the building, accept copies of the inventory sheets and accept service of a few subpoenas.

Please let me know who will be coming. If you tell me no one is coming, I will take that as your consent for us to leave the building as we were told the doors lock automatically and they do.

Thank you,

Cheri


From: LaBelle, Dan E. [mailto:LABELLE@halloran-sage.com]
Sent: Thursday, May 26, 2011 1

The original message has been archived. Click the following link to retrieve it

http://ARCHIVE2/AOneSearch?ID=2B933A52-BA0A-11E0-A8B6-002655270D98_FY%202011$1$A1P110729134225_ARCHIVE2_P000209$006088_Re__Search_at_Simsbury_and_Stamford