















































































































































































AE

AUTHORIZED
PERSONNEL
ONLY























































