























































































































































































































