**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations




(8)

## SEARCH WARRANT INVENTORY

Subject Name: Charter Oak
Subject Address: 100 Gnst Mill Rd, Simsbury CT
Agent(s): Timothy M. Cursi

Position/Box.: J1 /
Date: 5/26/11
Floor/Room No.: J-1
Case No. 25-7034-0002-LCJ

Safe: ___ (Cabinet:) ___ Credenza: ___ Desk: ___ Drawer: ___
Other: ___ Shelf: ___ Table: ___ Wall: ___

### DESCRIPTION OF ITEMS

1. Ron Lanza email and correspondence.

DISTRIBUTION OF COPIES:
White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page ___ of ___ pages




**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations

# SEARCH WARRANT INVENTORY

Position/Box: **J10B** / ___
Subject Name: **Charter Oak**
Date: **5/26/11**
Subject Address: **100 Grist Mill Rd, Simsbury CT**
Floor/Room No.: **J-10-B**
Agent(s): **Timothy M. Corsi**
Case No.: ___

Safe: ___  Cabinet: **Lower**  Credenza: ___  ✓Desk: ___  Drawer: ___
✓Other: **Cubicle**  Shelf: ___  Table: ___  Wall: ___

### DESCRIPTION OF ITEMS

① Box of Bank Records 2006-2009

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page ___ of ___ pages




**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations

## SEARCH WARRANT INVENTORY

Position/Box.: **K1** /

Subject Name: Charter Oak
Date: 5/26/11
Subject Address: 100 Grist Mill Rd, Simsbury CT
Floor/Room No.: K1
Agent(s): Timothy Corsi - EBSA
Case No: 25-703H-0002-LCJ

Safe: ___  Cabinet: ___  Credenza: ___  Desk: ___  Drawer: ___
Other: ___  Shelf: ✓  Table: ___  Wall: ___

### DESCRIPTION OF ITEMS

1. Income Tax Return - Daniel Carpenter 2008 - And TD Bank Personal Financial Statements
2. Phoenix v. Charter Oak - Related materials

DISTRIBUTION OF COPIES:
White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page ___ of ___ pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations

(13)

# SEARCH WARRANT INVENTORY

Position/Box.: **K5** / __

Subject Name: **Charter Oak**  Date: **5/26/11**
Subject Address: **100 Grist Mill Rd, Simsbury CT**  Floor/Room No.: ~~25~~**-703H-0002** LGT
Agent(s): **Timothy M. Corsi - SBSA**  Case No.: **K-5**

Safe: ____  Cabinet: ____  Credenza: ____  ✓Desk: ____  ✓Drawer: ____
Other: ____  Shelf: ____  Table: ____  Wall: ____

### DESCRIPTION OF ITEMS

1. 10/22/10 Banking Records - Many Companies
2. Manila folders w/ Grist Mill Capital does a Dodge of Paramus - 5 folders
3. Charter Oak Trust wire transfer info - 1 folder
4. Bank of America acct info for various LLC including Avon Capital, Grist Mill Capital 1 folder  June 2008
5. Nova Group letters, policy roster lists (2) - 1 folder
6. Ridgewood Finance letter + spreadsheets
7. Charter Oak Trust Policy Purchase Info + Charter Oak Trust loan Balance
8. TD Bank Numbers - includes Nova Group
9. Dan Carpenter Bank of America statement 6-18-09 through 7/20/09
10. Dan Carpenter Homeowner's policy
11. Bank of America acct info May 2009
12. Avon Capital, LLC "Rainbow Plan" program
13. TD Bank Balances as of 10/9/09 includes Nova Group
14. Dan Carpenter life insurance loan payments - 2 envelopes
15. Teresa Martinez Records - Charter Oak Trust
16. Patricia Biermaier Records Charter Oak Trust
17. Dr. Steven Rose Records

DISTRIBUTION OF COPIES:  White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page ___ of ___ pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations




## SEARCH WARRANT INVENTORY

Subject Name: Charter Oak
Subject Address: 100 Grist Mill Rd, Simsbury CT
Agent(s): Timothy M. Corsi – EISA

Position/Box.: K6 / 1
Date: 5/26/11
Floor/Room No.: K-6
Case No. 25-703H-0002-LCJ

Safe: ___  Cabinet: ___  Credenza: ___  Desk: ___  Drawer: ___
Other: FLOOR NEAR SHELF  Shelf: ✓  Table: ___  Wall: ___

### DESCRIPTION OF ITEMS

1. TD Bank Statements for Daniel Carpenter

DISTRIBUTION OF COPIES:
White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page ___ of ___ pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations

(15)



## SEARCH WARRANT INVENTORY

Subject Name: Charter Oak
Subject Address: 100 Grist Mill Rd, Simsbury CT
Agent(s): Timothy M. Corsi - EBSA

Position/Box: J8 / 
Date: 5/26/11
Floor/Room No.: J-8
Case No. 25-7034-0002-LCJ

Safe: ___ Cabinet: ___ Credenza: ___ Desk: ___ Drawer: ___
X Other: Cubicle   Shelf: ___ Table: ___ Wall: ___

### DESCRIPTION OF ITEMS

(1) Charter Oak Trust 2008 Roster

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page ___ of ___ pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



# SEARCH WARRANT INVENTORY

Subject Name: Charter Oak
Subject Address: 100 Grist Mill Rd, Simsbury CT
Agent(s): Timothy M. Gsi - EBSA

Position/Box: J-10A /
Date: 5/26/11
Floor/Room No: ~~J10263~~ J10-A
Case No. 25-703H-0002-LCJ

Safe: ___  Cabinet: ✓  Credenza: ___  Desk: ___  Drawer: ___
Other: ___  Shelf: Above Cabinet  Table: ___  Wall: ___

### DESCRIPTION OF ITEMS

(1) Hurmitz - Policy # Information

DISTRIBUTION OF COPIES:
White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page ___ of ___ pages




**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations

(15)

# SEARCH WARRANT INVENTORY

Position/Box.: **J10B/**
Subject Name: **Charter Oak**
Date: **5/26/11**
Subject Address: **100 Grist Mill Rd, Simsbury CT**
Floor/Room No.: **J-10-B**
Agent(s): **Timothy M. Corsi**
Case No.: **25-7034-0002-LCJ**

Safe: ___  Cabinet: ___  Credenza: ___  Desk: ✓  Drawer: ___
Other: **Cubicle Desktop**  Shelf: ___  Table: ___  Wall: ___

### DESCRIPTION OF ITEMS

1. Grist Mill Capital Comissions
2. Avon Capital - Waldman
3. Charter Oak - James Bennett Policy
4. Avon Capital - Wyoming
5. Charter Oak Releases
6. Avon Capital Payroll
7. Wayne Trustee Payments
8. CFG loan to Avon Capital
9. Charter Oak Fees Ridgewood
10. Avon Capitals Policies
11. AC Payments
12. AC Numbers
13. AC
14. Bank Balances
15. TD Bank Accounts
16. TD Bank Accounts
17. TD Account Closings

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page ___ of ___ pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



(36)

## SEARCH WARRANT INVENTORY

Subject Name: Charter Oak
Subject Address: 100 Grist Mill Simsbury CT
Agent(s): Timothy M. Corsi – EBSA

Position/Box.: J / 1
Date: 5/26/11
Floor/Room No.: J-9
Case No.: 25-703H-0002-LCJ

Safe: ___  Cabinet: ___  Credenza: ___  Desk: ___  Drawer: ___
(Other): Cubicle   Shelf: ___   Table: ___   Wall: ___

### DESCRIPTION OF ITEMS

1. TPG Group Transactions
2. Charter Oak Trust 2007
3. COT 2010
4. Avon Capital
5. Grist Mill Capital
6. Grist Mill Holdings
7. TPG Group Cash Receipts Journal FY 2008-Present

DISTRIBUTION OF COPIES:  White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page ___ of ___ pages



**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations

(38)

## SEARCH WARRANT INVENTORY

Subject Name: Charter Oak
Subject Address: 100 Grist Mill, Simsbury CT
Agent(s): SA SHANNON WOOLARD
Tim Corsi

Position/Box.: 1 / 1
Date: 5/26/11
Floor/Room No.: J-9
Case No.: _____

Safe: _____ Cabinet: _____ Credenza: / Desk: _____ Drawer: _____
Other: _____ Shelf: / Table: _____ Wall: _____

### DESCRIPTION OF ITEMS

3 Binders: TPG Group FY'08+09
CASH Receipts Journal 2010

DISTRIBUTION OF COPIES:
White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page ___ of ___ pages

**U.S. Department of Labor**
Office of Inspector General
Office of Labor Racketeering
and Fraud Investigations



(39)

# SEARCH WARRANT INVENTORY

Subject Name: Charter Oak
Subject Address: 100 Grist Mill, Simsbury CT
Agent(s): SA Shannon Woolard / Tim Coesi

Position/Box.: J /
Date: 5/26/11
Floor/Room No.: J-9
Case No.:

Safe: ___ Cabinet: ___ Credenza: / Desk: ___ Drawer: ___
Other: ___ Shelf: / Table: ___ Wall: ___

## DESCRIPTION OF ITEMS

2 Binders TPG Group Finances FY'09

DISTRIBUTION OF COPIES:
White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Custodian

Page ___ of ___ pages