Case 3:14-cv-00741-SRU   Document 96-28   Filed 02/15/22   Page 1 of 4



# HOMEOWNERS POLICY PACKET

00929.LXZ.JSS14478525.03.01.107       EFFECTIVE: 08-28-09 TO: 07-15-10

DANIEL E CARPENTER

USAA

## IMPORTANT MESSAGES

Refer to your Declarations Page and endorsements to verify that coverages, limits, deductibles and other policy details are correct and meet your insurance needs. Required information forms are also enclosed for your review.

1) Go to usaa.com to view policy coverages and home features.

This is not a bill. Any premium charge or return for this policy will be reflected on your next regular monthly statement.
To receive this document and others electronically or view your policy summary online, go to usaa.com.
For U.S. Calls: Policy Service (800) 531-8111.  Claims (800) 531-8222.
HOCS1
49709-0406



UNITED SERVICES AUTOMOBILE ASSOCIATION
9800 Fredericksburg Road - San Antonio, Texas 78288

PAGE 3
MAIL MACH-1

AMENDED DECLARATIONS PAGE - EFFECTIVE 08/28/09

Named Insured and Residence Premises

DANIEL E CARPENTER

Policy Number
USAA

Policy Period From: 07/15/09   To: 07/15/10
(12:01 A.M. standard time at location of the residence premises)

**SECTION I - COVERAGES AND AMOUNTS OF INSURANCE**
- COVERAGE A - DWELLING PROTECTION
- COVERAGE B - OTHER STRUCTURES PROTECTION
- COVERAGE C - PERSONAL PROPERTY PROTECTION
- COVERAGE D - LOSS OF USE PROTECTION (UP TO 12 MONTHS)

**SECTION II - COVERAGES AND LIMITS OF LIABILITY**
- Personal Liability - Each Occurrence
- Medical Payments to Others

**DEDUCTIBLES (Applies to SECTION I Coverages ONLY)**
We cover only that part of the loss over the deductible stated.
ALL PERILS          (1%)

**POLICY PREMIUM for Section I and Section II Coverages Above**

**CREDITS AND DISCOUNTS** (Included in policy premium above.)
Details on the following page. (If applicable)

**OTHER COVERAGES AND ENDORSEMENTS**
Forms and Endorsements are printed on the following page.

**STATE SURCHARGES AND TAXES** (Shown below if applicable)

**TOTAL POLICY PREMIUM**
Including Credits, Discounts, Optional Coverages, Endorsements, State Surcharges and Taxes

TOTAL PRORATED RETURN
THIS IS NOT A BILL.   STATEMENT TO FOLLOW.

In witness whereof, this policy is signed on 08/27/09

*Laura Bishop*
Laura Bishop
President, USAA Reciprocal Attorney-in-Fact, Inc.

REFER TO YOUR POLICY FOR OTHER COVERAGES, LIMITS AND EXCLUSIONS.

HO-D1 (07-08)      ATTACH THIS DECLARATION TO PREVIOUS POLICY

87028-0708



UNITED SERVICES AUTOMOBILE ASSOCIATION
AMENDED DECLARATIONS PAGE - EFFECTIVE          08/28/09

USAA  **Policy Number** [REDACTED]   **Policy Term:** 07/15/09   07/15/10
                                                  Inception    Expiration

SPECIFICALLY LISTED BELOW ARE THE DECLARATIONS AND PREMIUMS FOR ENDORSEMENTS MADE A PART OF THIS POLICY. THE ENDORSEMENTS ARE ATTACHED STATING TERMS AND CONDITIONS.

| | | |
|---|---|---|
| IN FORCE | QR3 | (07-08) QUICK REFERENCE-SPECIAL FORM |
| IN FORCE | HO-3R(02) | (07-08) HOMEOWNERS SPECIAL FORM |
| IN FORCE | HO-RI | (07-08) RHODE ISLAND SPECIAL PROVISIONS |
| IN FORCE | HOSLS3(02) | (07-08) SPECIAL LOSS SETTLEMENT |
| IN FORCE | HO-125 | (07-08) HOME PROTECTOR |
| IN FORCE | HO-208 | (07-08) WATER BACKUP OR SUMP PUMP FAILURE |
| IN FORCE | HO-728 | (07-08) REPLACEMENT COST COVERAGE |

YOUR PREMIUM HAS BEEN REDUCED BY THE FOLLOWING CREDITS AND DISCOUNTS:

  AUTO AND HOME COMBINATION DISCOUNT
  HOME AGE DISCOUNT

REASON(S) FOR CHANGE:

CHANGE  PROTECTION CLASSIFICATION INFORMATION
     PROPERTY LOCATION
     NUMBER OF STORIES
     CONSTRUCTION
     YEAR OF CONSTRUCTION

HO-D2 (07-08)                    08/27/09

87029-0708

USAA - Monaghan