Metropolitan Life Insurance Company
PO Box 7250
Johnstown, PA  15907-7250

**MetLife®**

DANIEL E CARPENTER
BENISTAR CLIENT SVC
100 GRIST MILL RD
SIMSBURY
CT 06070

STATEMENT OF   AUTOMATIC PREMIUM PAYMENT

CONTRACT NO.   ███████

EFFECTIVE DATE   03-27-08          DATE   06-06-08

AGENCY   041

SERV. AGENT   100510/BARRET

INSURED:   DANIEL E CARPENTER

IN ACCORDANCE WITH THE TERMS OF YOUR CONTRACT PREMIUMS HAVE BEEN PAID TO   9/27/08

PREMIUM DUE   3/27/08          ████████

PAID BY                          DANIEL E CARPENTER

LOAN                    ████████

NEW LOAN BALANCE        ████████

THE RELEASE OF POLICY VALUES AS A RESULT OF THIS TRANSACTION MAY AFFECT THE
GUARANTEED ELEMENTS, NONGUARANTEED ELEMENTS, FACE AMOUNT OR SURRENDER VALUE OF
THE POLICY FROM WHICH THE VALUES ARE RELEASED.

H50/PBC                          9100

*This policy was issued by New England Mutual Life Insurance Company, which merged into MetLife on 8/30/96

Metropolitan Life Insurance Company
PO Box 7250
Johnstown, PA 15907-7250



**MetLife**®

DANIEL E CARPENTER
BENISTAR CLIENT SVC
100 GRIST MILL RD
SIMSBURY
CT 06070

STATEMENT OF LOAN ACTIVITY

CONTRACT NO.        ████

EFFECTIVE DATE    03-27-08              DATE   06-06-08

AGENCY    041

SERV. AGENT     100510/BARRET

INSURED:    DANIEL E CARPENTER

PREVIOUS LOAN         

INT ADDED TO LOAN

NEW LOAN

THE RELEASE OF POLICY VALUES AS A RESULT OF THIS TRANSACTION MAY AFFECT THE
GUARANTEED ELEMENTS, NONGUARANTEED ELEMENTS, FACE AMOUNT OR SURRENDER VALUE OF
THE POLICY FROM WHICH THE VALUES ARE RELEASED.

H50/PBC                                  9120

*This policy was issued by New England Mutual Life Insurance Company, which merged into MetLife on 8/30/96

JY9766.SCRE (11/05)