1           UNITED STATES DISTRICT COURT

2             DISTRICT OF CONNECTICUT

3
   -------------------------------x
4  DANIEL E. CARPENTER AND            Case No.:
   GRIST MILL CAPITAL, LLC
5            Plaintiffs               3:14CV741 (SRU)

6       vs.

7  LYNN ALLEN, CHERI GARCIA,          October 13, 2021
   TIMOTHY CORSI, JOHN DOES 1-100,
8  AND JANE DOES 1-100
            Defendants
9  -------------------------------x

10

11    DEPOSITION ON WRITTEN QUESTIONS OF GERALD T. GIAIMO, ESQ.

12

13

14       Taken before Irma Sanchez-Farnham, a Notary Public within
   and for the State of Connecticut, pursuant to Notice and Federal
   Rules of Civil Procedure, at the office of Halloran and Sage,
15 265 Church Street, New Haven, Connecticut, on October 13, 2021,
   commencing at 10:03 a.m.

16

17

18

19

20

21

22
              FALZARANO COURT REPORTERS, LLC
23                 4 Somerset Lane
                 Simsbury, CT 06070
24                  860.651.0258
              www.falzaranocourtreporters.com
25

1    APPEARANCES:

2         The Deponent:

3            Gerald T. Giaimo, Esq.
             Halloran & Sage
4            265 Church Street
             New Haven, CT 06510
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                    (Defendant's Exhibits 1 and 2:

2                    Marked for Identification.)

3

4                    (Commenced:  10:03 a.m.)

5

6                    GERALD T. GIAMO, the Deponent, having

7            been duly sworn by the Notary Public, was

8            examined and testified on his oath, as

9            follows:

10

11                   THE REPORTER:  We have some questions

12           here that I'll be asking.

13                   Please state your name and address for

14           the record.

15                   THE WITNESS:  Yes.  Gerald, G-e-r-a-l-d,

16           Giaimo, G-i-a-i-m-o.  Business address:  265

17           Church Street, New Haven, Connecticut.

18                   THE REPORTER:  Question number 1:  When

19           were you admitted to legal practice before

20           the Connecticut Bar?

21                   THE WITNESS:  I was admitted in November

22           of 1994.

23                   THE REPORTER:  Question number 2:  Are

24           you currently a member in good standing of

25           the Connecticut Bar?
```

1          THE WITNESS:  Yes.

2          THE REPORTER:  Question number 3:  Are

3      you a partner at the law firm of Halloran and

4      Sage in New Haven, Connecticut?

5          THE WITNESS:  Yes.

6          THE REPORTER:  What areas of law do you

7      practice?

8          THE WITNESS:  The vast majority of my

9      practice is in litigation, both civil and

10     criminal.  The civil areas would include

11     commercial disputes, insurance defense,

12     employment law, and personal injury.

13         THE REPORTER:  Question number 5:  Were

14     you retained counsel of either Daniel

15     Carpenter or Grist Mill Capital, LLC on

16     May 26, 2011?

17         THE WITNESS:  I would say that my firm,

18     Halloran and Sage, was representing Daniel

19     Carpenter and Grist Mill Capital at that

20     time.

21         THE REPORTER:  The other part of number

22     5 was:  If no, describe your relationship

23     with Daniel Carpenter on May 26, 2011.

24         THE WITNESS:  To the extent my answer

25     wasn't entirely clear, I considered Daniel

1      Carpenter my client but I was not his main
2      contact at our firm.
3           THE REPORTER:  Question number 6:  On
4      May 26, 2011, were you present at 100 Grist
5      Mill Road, Simsbury, Connecticut when a
6      search warrant was executed by special agents
7      of the Department of Labor?
8           THE WITNESS:  I do not have a
9      recollection of the date on which I was
10     present at 100 Grist Mill Road in Simsbury.
11     I can say that I recall being there on two
12     occasions.
13          The first occasion I was there with
14     several attorneys from my firm.
15          On the second occasion, which I assumed
16     to be May 26, 2011, I was there as the only
17     attorney from Halloran and Sage.
18          THE REPORTER:  Question number 7:  Other
19     than you and Daniel Carpenter, were there any
20     other individuals present with you during the
21     search of 100 Grist Mill Road, Simsbury,
22     Connecticut on May 26, 2011?  If yes,
23     identify the individuals.
24          THE WITNESS:  As I previously stated, I
25     believe I was the only attorney present at

1    that time.  However, there were certainly

2    plenty of people at the property.  I am

3    unable to identify who those individuals

4    were, other than to say that they were

5    representatives of a federal law enforcement

6    or the federal government.

7        THE REPORTER:  Question number 8:  Once

8    the search of 100 Grist Mill Road, Simsbury,

9    Connecticut commenced, did the special agents

10   direct you and Daniel Carpenter to the front

11   conference room?

12       THE WITNESS:  My current recollection is

13   that I arrived at the property after the

14   search had begun, so I don't know what took

15   place before my arrival.  However, once I got

16   there, I do recall being directed to the

17   front conference room, and at some point

18   Mr. Carpenter was brought there as well.

19       THE REPORTER:  Question number 9:  Once

20   the execution of the search warrant began,

21   approximately how long did you and Daniel

22   Carpenter remain at 100 Grist Mill Road,

23   Simsbury, Connecticut?

24       THE WITNESS:  I honestly have no

25   recollection of how long I was there.  What I

1        do know was that it was sometime in the
2        afternoon that we left, and the search was
3        ongoing at the time we left.
4            THE REPORTER:  Question number 10:  Did
5        you and Daniel Carpenter leave 100 Grist Mill
6        Road, Simsbury, Connecticut together on
7        May 26, 2011?
8            THE WITNESS:  I recall that we left at
9        the same time.
10           THE REPORTER:  Question number 11:  Once
11       you and Daniel Carpenter left 100 Grist Mill
12       Road, Simsbury, Connecticut together on
13       May 26, 2011, did you accompany Daniel
14       Carpenter to another location?  If yes, what
15       was the location?
16           THE WITNESS:  I have a fuzzy
17       recollection that I left the property in my
18       own car but followed Mr. Carpenter to his
19       home in Simsbury.
20           THE REPORTER:  Question number 12:
21       During the search of 100 Grist Mill Road,
22       Simsbury, Connecticut, did you observe Daniel
23       Carpenter or anyone else being held against
24       their will?
25           THE WITNESS:  I do not recall any

1       individual being physically restrained at the

2       property while I was present.  However, our

3       ability to move about his offices was

4       restricted.

5            THE REPORTER:  Question number 13:

6       During the search of 100 Grist Mill Road,

7       Simsbury, Connecticut, were you or Daniel

8       Carpenter prevented from making a telephone

9       call or calls?  If so, by whom?

10            THE WITNESS:  I do not recall me

11       personally being prevented from making a

12       call.  I don't recall, while in my presence,

13       Mr. Carpenter requesting to make a phone

14       call, although my recollection is not clear.

15            THE REPORTER:  Question number 14:

16       During the search of 100 Grist Mill Road,

17       Simsbury, Connecticut, did you observe any

18       special agent ransacking the premises, as the

19       term "ransacking" is used in paragraph 14 of

20       the complaint in this case; and during Daniel

21       Carpenter's July 10, 2017 deposition

22       testimony at transcript pages 73-77, 249-264,

23       in Carpenter v. IRS, et al, Docket No.

24       3:13CV563(SRU), copies of which are attached

25       as Exhibits 1 and 2?

1          THE WITNESS:  I will first state that I

2     have reviewed Exhibit 1, which appears to be

3     portions of Mr. Carpenter's testimony from a

4     deposition, July 10, 2017, and Exhibit 2,

5     which appears to be search warrant inventory,

6     dated 5/26/11.  Based on my review of that,

7     it remains unclear to me what "ransacking"

8     means.  However, I can answer it this way.  I

9     did not observe physical damage to the

10     contents of the offices.  I do, however,

11     recall seeing lots and lots of boxes and

12     papers.

13          Because I arrived after the search

14     began, I cannot say what the condition of the

15     offices were before the search began.

16          That's the end of my answer.

17          THE REPORTER:  Question number 15:

18     During the search of 100 Grist Mill Road,

19     Simsbury, Connecticut, did you observe the

20     special agents boxing up documents that were

21     being seized during the search?  If yes, was

22     the seizure of documents being conducted in

23     an orderly manner?

24          THE WITNESS:  My recollection is that I

25     was present in a front conference room while

1        the search was ongoing.  And there were some
2        agents in that conference room, but I sensed
3        that there were far more agents elsewhere on
4        the property that I had no occasion to
5        observe.
6            I do recall seeing the agents that were
7        in the conference room handling files, paper,
8        and boxes.  I don't know what would be
9        considered an orderly fashion.  I can say
10       that -- how would I put it?
11           Based on my recollection, I do not
12       recall a so-called helter-skelter environment
13       with materials being thrown about.  I cannot
14       say, however, whether the agents were
15       interfering with the integrity of files, such
16       that things were left disorganized.
17           That's, I think, the best explanation I
18       can give.
19           THE REPORTER:  Question number 16:
20       During the search of 100 Grist Mill Road,
21       Simsbury, Connecticut, did you observe any
22       physical damage to the location as a result
23       of the search?
24           THE WITNESS:  I do not recall seeing any
25       physical damage to the location while I was

1          present.  And again, I will qualify that by

2          saying I certainly was not present at the

3          location for the duration of the search.

4                  THE REPORTER:  And that is the last

5          question.

6

7                  (Adjourned:  10:19 a.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                     STATE OF CONNECTICUT

 2

 3         I, Irma Sanchez-Farnham, a Notary Public, duly

 4     commissioned and qualified in and for the State of

 5     Connecticut, do hereby certify that pursuant to Notice

 6     there came before me, remotely via videoconference, on the

 7     13th day of October 2021, the following named person, to

 8     wit:  GERALD T. GIAIMO, ESQ., who was by me duly sworn to

 9     testify to the truth and nothing but the truth; that he was

10     thereupon carefully examined upon his oath and his

11     examination reduced to writing under my supervision; that

12     this deposition is a true record of the testimony given by

13     the witness.

14         I further certify that I am neither attorney nor

15     counsel for, nor related to, nor employed by any of the

16     parties to the action in which this deposition is taken,

17     and further, that I am not a relative or employee of any

18     attorney or counsel employed by the parties hereto, or

19     financially interested in this action.

20         IN WITNESS THEREOF, I have hereunto set my hand this

21     13th day of October 2021.

22

23     s/s _____

24              Irma Sanchez-Farnham
                    Notary Public
25
       My Commission Expires:  February 28, 2023
```

INDEX

WITNESS                                                        PAGE

Gerald T. Giaimo, Esq.                                           3


                        Defendant's Exhibits

                    (Marked For Identification)

EXHIBITS

1    Transcript excerpts:  Daniel Carpenter 7/10/2017   3

2    5/26/2011 Search warrant inventory              3