UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL E. CARPENTER and<br>GRIST MILL CAPITAL, LLC, | :<br>:<br>: |
| Plaintiffs, | Docket No. 3:14CV741 (SRU) |
| | : |
| VS. | : |
| LYNN ALLEN, CHERI GARCIA,<br>TIMOTHY CORSI, JOHN DOES 1-100,<br>and JANE DOES 1-100, | :<br>: |
| | : |
| Defendants. | February 15, 2022 |

## DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION TO SEAL EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

The Defendants, Lynn Allen, Cheryl Garcia and Timothy Corsi hereby respectfully submit this memorandum in support of their Motion to Seal (1) the United States Department of Labor's Operational Plan (unredacted)[1]; and (2) Exhibits 5 and 6 (unredacted) to the Declaration of Timothy Corsi. The Defendants seek this relief because all three unredacted documents contain protected information relating to either non-parties to this action, or the Plaintiff, Daniel Carpenter ("Carpenter").

Specifically, the unredacted Operational Plan contains the names and personal information relating to Carpenter, as well as individuals who are not a party to this action. Additionally, Exhibits 5 and 6 to the Declaration of Timothy Corsi are two documents that were

---

[1] The redacted Operational Plan is submitted as Exhibit 1 to the following pleadings: Defendants' Memorandum of Law in Support of Motion for Summary Judgment, Defendants' Local Rule 56(a)(1) Statement, and supporting Declarations of Garcia and Corsi; and as Exhibit 2 to Declaration of Allen.

seized during the execution of the search warrant that is at issue in this case. These two unredacted documents contain Carpenter's home address, and financial account numbers and related information.

Accordingly, pursuant to L.Civ.R. 5(e)1(b)3 and Fed.R.Civ.P 5.2, the Defendants request that the unredacted documents be filed under seal, and that the redacted documents are permitted to remain filed on the public docket. Based upon the foregoing reasons, the Defendants Lynn Allen, Cheryl Garcia and Timothy Corsi respectfully request that their Motion to Seal be granted.

                                            Respectfully submitted,

                                            For Defendants Lynn Allen, Cheryl Garcia
                                            and Timothy Corsi,

                                            Leonard C Boyle
                                            United States Attorney

                                                  /s/

                                            Christine Sciarrino
                                            Assistant United States Attorney
                                            United States Attorney's Office
                                            157 Church Street -25th Floor
                                            New Haven, Connecticut   06510
                                            Tel. (203) 821-3780/Fax (203) 773-5315
                                            Email: Christine.Sciarrino@usdoj.gov
                                            Federal No. CT3393

<u>Certification</u>

I hereby certify that on February 15, 2022, a copy of the foregoing Memorandum was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/

Christine Sciarrino
Assistant United States Attorney