## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANIEL E. CARPENTER and<br>GRIST MILL CAPITAL, LLC, | : | |
| | : | |
| Plaintiffs, | | Docket No. 3:14CV741 (SRU) |
| | : | |
| VS. | | |
| | : | |
| LYNN ALLEN, CHERI GARCIA,<br>TIMOTHY CORSI, JOHN DOES 1-100,<br>and JANE DOES 1-100, | : | |
| | : | |
| Defendants. | | |

## **ORDER**

| | |
|---|---|
| Contents: | Unredacted Operational Plan and Exhibits 5 and 6 to Declaration of Timothy Corsi |
| Judicial Officer: | Stefan R. Underhill<br>United States District Judge |
| Attorney: | Christine Sciarrino<br>Assistant United States Attorney |

Date Sealed:

Date Unsealed:

The Clerk of the Court is directed to seal the contents of this envelope until further order of this Court.

SO ORDERED on this ____ day of _____, 2022 at Bridgeport, Connecticut.

_____
STEFAN R. UNDERHILL
UNITED STATES DISTRICT JUDGE