# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

DANIEL CARPENTER and            :
GRIST MILL CAPITAL, LLC,         :      CASE NO. 3:14-cv-741 (SRU)
                              :
             Plaintiffs,           :
                              :
vs.                                     :
                              :
LYNN ALLEN *et. al.*              :      MARCH 7, 2022
                              :
                              :
             Defendants.       :

## Daniel E. Carpenter Declaration in Opposition to Defendants' Motion for Summary Judgment

I, DANIEL E. CARPENTER, hereby make this declaration under penalty of perjury as permitted under Section 1746 of Title 28 of the United States Code:

1. I make this declaration based on my personal knowledge of the facts contained herein. I am competent to testify and would so testify to the following if so called:

2. Grist Mill Capital, LLC initiated this action by the filing of this Complaint in April 2014, based on an illegal search and seizure conducted without a valid warrant. The Search Warrant in this case was Constitutionally defective on its face because the Search Warrant Affidavit was not attached, no crime was listed on the Warrant itself, and it was not addressed to any federal officer. (See constitutionally defective Search Warrant attached as Exhibit One.)

3. The Boxes at the heart of this dispute were unconstitutionally seized not by a search warrant but by a secret subpoena issued by AUSA David Novick to the law firm Halloran & Sage. (See AUSA Novick Secret Subpoena attached as Exhibit Two.)

4. The Government recently announced that it has no intention of returning the Boxes illegally seized, which is in and of itself a separate violation of not only the Fourth Amendment, but also the Fifth Amendment.

5. The agents who conducted the illegal search of the property were told multiple times by Donna Wayne and several attorneys that that they were staying past the Warrant's 10:00 PM deadline.

1

6.     Cheryl Garcia claims in her declaration that "At no time was Carpenter placed in custody." (See Garcia Declaration at ¶9.) This is false, and several filed court documents and her own declaration refute this statement.

7.     In the same declaration, Garcia admits that Daniel Carpenter was "one of the targets of the Charter Oak Trust investigation." (See Garcia Declaration at ¶13.)

8.     Garcia also admits that "[Carpenter was] required to stay in a designated area. . . . [and] was directed into a conference room . . . away from the room occupied by the employees toward the back of the building." See Garcia Declaration at ¶8.) This is because I was being held in custody.

9.     Garcia admits further that "Carpenter would not have been left alone." (See Garcia Declaration at ¶8.) This is because I was being held in custody. In fact, I was held in custody longer than the 90 minutes that the luggage in *U.S. v. Place* was held. *See U.S. v. Place*, 462 U.S. 696 (1983).

10.     At 11:02 AM Lynn Allen forwarded an email to Garcia that was sent to AUSA Novick informing the Government that Daniel Carpenter was represented by counsel. See Allen email to Garcia attached as Exhibit Three.)

11.     At 11:10 AM Garcia emailed Lynn Allen that Mr. Carpenter was "willing to talk and has an attorney here now." (See Garcia email to Allen attached as Exhibit Four.)

12.     At 11:21 PM, Garcia emailed Attorney Dan Labelle, informing him federal agents would not complete the illegal search and seizure until 1:30 AM the following day. (See Garcia Email to Attorney Dan Labelle attached as Exhibit Five.)

13.     On June 3, 2011, Garcia composed a memo where she claims Daniel Carpenter "made utterances" on May 26, 2011 in front of SA Shannon Woolard, SA Vince Gilbey and Attorney Gerald Giaimo." (See Garcia Memo attached as Exhibit Six.)

14.     The agents who conducted the illegal search of the property took personal items that were outside the scope of the warrant and illegally obtained statements during an illegal custodial interrogation. (See, e.g., Declaration of Timothy Corsi at ¶ 12 listing personal bank statements of Daniel Carpenter that were seized and at this late date have yet to be returned.)

15.     Agent Corsi tries to defend his illegal seizure of documents based on entities with an alleged connection to "Benistar," but the name "Benistar" is nowhere to be found in Attachment D. (See, e.g., Declaration of Timothy Corsi at ¶¶ 10, 15)

I declare under penalty of perjury that the foregoing is true and accurate
Executed on this 7th day of March, 2022 at West Simsbury, Connecticut

*/s/ Daniel E. Carpenter*
DANIEL E. CARPENTER, Declarant
18 Pondside Lane
West Simsbury, CT 06902

# EXHIBIT ONE

## Constitutionally Defective Search Warrant

11-97m-01 (JGx)

AO 93  (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Connecticut

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 3:18my16(JGm)
)
A forensic image of a Hard Drive in the Dell Latitude )
Computer, Service Tag HF95K11, IRS Control # B79, )
seized from 100 Grist Mill Rd., Simsbury, CT on 4/20/10 )

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search
of the following person or property located in the _____ District of _____Connecticut_____
*(identify the person or describe the property to be searched and give its location)*:
A forensic image of a Hard Drive in the Dell Latitude Computer, Service Tag HF95K11, IRS Control # B79, seized from
100 Grist Mill Rd., Simsbury, CT on 4/20/10, maintained by the IRS at 150 Court Street, Room 314, New Haven, CT

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the
property to be seized)*:
See Attachment D

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or
property.

**YOU ARE COMMANDED** to execute this warrant on or before _____6/4/11_____
*(not to exceed 14 days)*

☒ in the daytime  6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been
established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property
taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the
place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an
inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
Joan G. Margolis_____ .
                    *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay
of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be
searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.

☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   05/25/2011 0:06 am          /s/ Judge Joan G. Margolis
                                                    *Judge's signature*

City and state:   New Haven, CT                     Joan G. Margolis
                                                    *Printed name and title*

# EXHIBIT TWO

## AUSA Novick Secret Subpoena



**U.S. Department of Justice**

*United States Attorney*
*District of Connecticut*

*Abraham A. Ribicoff Federal Building*          *(860) 947-1101*
*450 Main Street, Room 328*                     *Fax (860) 760-1979*
*Hartford, Connecticut 06103*                   *www.usdoj.gov/usao/ct*

May 25, 2011

Halloran and Sage, LLP
315 Post Road West
Westport, CT 06880-4739
Attention: Dan E. LaBelle, Esq.

                    Re:    Non-Disclosure of Subpoena

Dear Sir or Madam:

        You have been served with a subpoena which requires you to appear before a federal grand jury June 28, 2011 with certain specified documents. Because this subpoena is being issued as part of an ongoing investigation, we request that you do not disclose its existence or its contents to any person who is not involved in your internal document production process. If at some point you decide that it is necessary to disclose the existence and/or the contents of this subpoena, I request that you notify me of your intent to do so prior to the time of the disclosure.

        In addition, to the extent that you do not produce certain responsive materials on the basis that you believe they are protected by the attorney-client or any other privilege, please include with your production a log identifying any documents withheld on the basis of privilege.

        YOUR PERSONAL APPEARANCE BEFORE THE GRAND JURY WILL BE EXCUSED if these records are provided to Special Agent Lynn Allen, U.S. Department of Labor, Office of Inspector General, c/o Squad 4, 600 State Street, New Haven, CT 06511, telephone (203) 630-9526, facsimile (203) 630-9530 on or before the grand jury date.

                              Very truly yours,

                              DAVID B. FEIN
                              UNITED STATES ATTORNEY

                              DAVID E. NOVICK
                              ASSISTANT UNITED STATES ATTORNEY

Enclosure

AO 110  (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT

H-10-2-9(416)

for the

District of Connecticut

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To:    Halloran & Sage, LLP
       315 Post Road West
       Westport, CT

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | United States District Court   (Grand Jury Room, 3rd Floor)<br>450 Main Street<br>Hartford, CT 06103 | Date and Time:<br>**June 28, 2011 at 9:30 a.m.** |
|---|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

### SEE ATTACHMENT.

**PLEASE  NOTE :**
In lieu of personally appearing before the Grand Jury, these records may be provided to these records are provided to Special Agent Lynn Allen, U.S. Department of Labor, Office of Inspector General, c/o Squad 4, 600 State Street, New Haven, CT 06511, telephone (203) 630-9526, facsimile (203) 630-9530 on or before the grand jury date.

Date: _____  May 25, 2011

CLERK OF COURT

*Yelena Gutiemez*

Digitally signed by Yelena Gutiemez
DN: cn=Yelena Gutiemez, o=United States District
Court, ou=Clerks Office, email=yelena_gutiemez@ctd.
uscourts.gov, c=US
Date: 2011.05.26 12:34:14 -04'00'

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:
Assistant U.S. Attorney David E. Novick
450 Main Street, Room 328
Hartford, CT 06103
Tele: (860) 947-1101     CONTROL #416

<u>Attachment to Subpoena</u>

**TO:**   Halloran and Sage, LLP
315 Post Road West
Westport, CT 06880-4739

Attention: Dan E. LaBelle, Esq.


Provide all documents and other items seized pursuant to a search warrant executed at 100 Grist Mill Road, Simsbury, Connecticut, by the IRS-CID of Milwaukee, Wisconsin, on April 20, 2010, that are related to Charter Oak Trust, Charter Oak Trust 2009, Grist Mill Capital, and Avon Capital and associated entities, including but not limited to IRS evidence box numbers 36, 38, 54, 75, 81, 103, 205, 238, 249, 287, 293, 300, 308, 35, 37, 121,128, 129, 125, 239, 32, 90, 124, 204, 237, 243, 247, 253 and 291.


In lieu of personally appearing before the Grand Jury, these records may be provided to Special Agent Lynn Allen, U.S. Department of Labor, Office of Inspector General, c/o Squad 4, 600 State Street, New Haven, CT 06511, telephone (203) 630-9526, facsimile (203) 630-9530 on or before the grand jury date.

# EXHIBIT THREE

## May 26, 2011 Lynn Allen Email to Garcia

| | |
|---|---|
| **From:** | Allen, Lynn – OIG <Allen.Lynn@oig.dol.gov> |
| **Sent:** | Thursday, May 26, 2011 11:02 AM |
| **To:** | Garcia, Cheryl - OIG; Gilbey, Vincent - OIG |
| **Subject:** | Fw: represented parties |

**From:** Novick, David (USACT) [mailto:David.Novick@usdoj.gov]
**Sent:** Thursday, May 26, 2011 10:58 AM
**To:** Allen, Lynn - OIG; Goreham, Mary - EBSA
**Subject:** FW: represented parties

**From:** Wilson, Eric [mailto:EWilson@gklaw.com]
**Sent:** Thursday, May 26, 2011 10:51 AM
**To:** Novick, David (USACT)
**Cc:** Bosack, Sean; LaBelle, Dan E.; Egan, Patrick J.; Giampietro, Gordon (USAWIE)
**Subject:** represented parties

David,

The following individuals and entities are represented by counsel:

Dan Carpenter (Eric Wilson and Sean Bosack of Godfrey & Kahn)
BASI and Molly Carpenter (Dan LaBelle of Halloran & Sage)
Patrick Egan (Wayne Bursey)

All counsel are copied above.

Please distribute a PDF of the warrant to everyone copied on this email as soon as possible.

Eric


Eric Wilson



**ATTORNEYS AT LAW**
One East Main Street
Madison, WI 53703
Phone: 608-257-3911
Direct: 608-284-2603
Fax: 608-257-0609
Email: EWilson@gklaw.com
http://www.gklaw.com

**Pursuant to Circular 230 promulgated by the Internal Revenue Service, if this email, or any attachment hereto, contains advice concerning any federal tax issue or submission, please be advised that it was not intended or written to be used, and that it cannot be

1

# EXHIBIT FOUR

## May 26, 2011 Garcia Email to Lynn Allen

**From:**            Allen, Lynn - OIG  <Allen.Lynn@oig.dol.gov>
**Sent:**             Thursday, May 26, 2011 11:10 AM
**To:**                Garcia, Cheryl - OIG
**Subject:**        Re: Carpenter

Can you call David about this?
860-883-1941

----- Original Message -----
From: Garcia, Cheryl - OIG
Sent: Thursday, May 26, 2011 11:07 AM
To: 'David.Novick@usdoj.gov' <David.Novick@usdoj.gov>
Cc: Allen, Lynn - OIG; Gilbey, Vincent - OIG
Subject: Carpenter

He is willing to talk and has an attorney here now, Gerald Giaimo. Can we let him talk?

1

# EXHIBIT FIVE

## May 26, 2011 Garcia Email to Attorney Labelle

| | |
|---|---|
| **From:** | Garcia, Cheryl - OIG <garcia.cheryl@oig.dol.gov> |
| **Sent:** | Thursday, May 26, 2011 11:21 PM |
| **To:** | 'LABELLE@halloran-sage.com'; Novick, David (USACT); 'Mike.Gustafson@usdoj.gov' |
| **Cc:** | Miller, Ray (USACT); Allen, Lynn - OIG |
| **Subject:** | Re: Search at Simsbury and Stamford |

Dan,

We anticipate finishing around 1:30am and need someone to come to the office to secure the building, accept copies of the inventory sheets and accept service of a few subpoenas.

Please let me know who will be coming. If you tell me no one is coming, I will take that as your consent for us to leave the building as we were told the doors lock automatically and they do.

Thank you,

Cheri


From: LaBelle, Dan E. [mailto:LABELLE@halloran-sage.com]
Sent: Thursday, May 26, 2011 1

The original message has been archived. Click the following link to retrieve it

http://ARCHIVE2/AOneSearch?ID=2B933A52-BA0A-11E0-A8B6-
002655270D98_FY%202011$1$A1P110729134225_ARCHIVE2_P000209$006088_Re__Search_at_Simsbury_a
nd_Stamford

1

# EXHIBIT Six

## Garcia Memo

25-703H-0002-LCJ
June 3, 2011
ASAC Cheryl Garcia *CG*

## MEMO TO FILE

On May 26, 2011, ASAC Garcia was in the front conference room with Daniel
Carpenter, SA Shannon Woolard, SA Vince Gilbey and at times Gerald Giaimo, attorney
for Carpenter. Carpenter was reviewing the search warrant attachment and made the
following statements:

Jack E. Robinson, Trudeau and Waeshe are in Stamford.

Wayne Bursey is in the office and Trustee of Charter Oak.

Charles Westcott is in Millerton, New York, and used to be in the office once a month,
but stopped coming here. He is an independent agent and always has been.

Bob Pacini is a friend of Wescott – insurance - Lincoln Financial Group.

Andrew Varner
Paul Martin

Carpenter has Grist Mill Capital, Grist Mill LLC, Grist Mill Partners (owns building) and
Caroline Financial Group (as managing member).

TPG – Insurance brokerage – there are no files here and it has nothing to do with Charter
Oak.

Nova Group, Inc. is the trustee for the Charter Oak Trust

Avon Capital – Does nothing, and has nothing to do with Charter Oak Trust. It is not
active and has $1000 in a bank account.

Ridgewood – Grist Mill borrowed money from Ridgewood to finance Charter Oak
policies.

Benistar is a third party administrator for the health & welfare and pension funds, some
union funds, such as the IBEW, steel workers, the Teamsters in New York and
municipalities, and some non union funds.

Everyone here but Carpenter is employed by Benistar.

Policies are being litigated with Phoenix. They just settled litigation with Penn Mutual.
They thought Carpenter was doing STOLI, but Carpenter is the anti-STOLI group.

Lincoln policies back to Ridgewood.

The STOLI market collapsed in 2008/2009.  Grist Mill lost $8-10 million; Charter Oak. AIG and Lehman Brothers did STOLIs.

Charter Oak borrows money to pay for insurance; it is sophisticated.

The real business is Benistar; the TPA for health benefit funds for 200,000 retirees.

There are 90 policies in Charter Oak.