# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL E. CARPENTER and GRIST MILL CAPITAL, LLC, | : |
| Plaintiffs, | Docket No. 3:14CV741 (SRU) |
| VS. | |
| LYNN ALLEN, CHERI GARCIA, TIMOTHY CORSI, JOHN DOES 1-100, and JANE DOES 1-100, | : |
| Defendants. | April 20, 2022 |

### DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR RECONSIDERATION AND STAY OF RULING (ECF #112)

The Defendants, Lynn Allen, Cheryl Garcia and Timothy Corsi, hereby respectfully file their opposition to the Plaintiffs' Motion for Reconsideration and Stay of Ruling (ECF #112).

### INTRODUCTION

On March 15, 2022, this Court issued its Ruling on Plaintiffs' 41(g) Motion and Order (ECF #110). The Ruling granted the Plaintiffs' Rule 41(g) motion for return of property and ordered that the 26 boxes identified on page 11 of the Ruling that are in the Government's possession (the "subject documents") be destroyed.

On March 30, 2022, the Plaintiffs filed an untimely[1] motion for reconsideration, requesting that this Court stay the destruction of the documents in the Government's possession

---

[1] Local Rule 7(c)1 requires that motions for reconsideration "shall be filed and served within seven (7) days of the filing of the decision or order from which such relief is sought". This Court issued its Ruling (ECF #110) on March 15, 2022, which then required a timely motion for reconsideration to be filed on or before March 22, 2022. Plaintiffs did not file their motion for reconsideration (ECF #112) until March 30, 2022.

"until an inventory is provided and until they have an opportunity to voice an objection to the destruction of any document to be destroyed." ECF #112. Further, Plaintiffs "aver that they do not have all copies of the documents within the boxes seized" and seek a further order of this Court requiring the Government "to inventory all of the materials that it seeks to destroy prior to their destruction, so that the plaintiffs can determine if they actually have all of such documents and materials, or if the originals are necessary for their purposes." ECF #112-1 at 3, 4.

Based upon the reasons that follow, the Plaintiffs' motion should be denied.

## DISCUSSION

The Defendants believe that this Court fully considered their position with respect to the Plaintiffs' motion for return of property. Respectfully, while the Defendants disagree with this Court's recent Ruling (ECF #110), they are not aware of any additional authority to present to this Court for further consideration, as required by Local Rule 7(c). The Defendants and their counsel are conducting internal discussions concerning the merits of a potential appeal on this issue. The Defendants do not oppose a stay of the destruction of the documents to facilitate that internal review of this matter.

Nonetheless, the Defendants oppose the Plaintiffs' request for an order requiring the Government to prepare an inventory of the subject documents in its possession, as such an inventory is unnecessary. The Government scanned *all* of the subject documents and provided them, in a searchable database, to counsel for Daniel Carpenter in the course of discovery in the underlying criminal prosecution of Daniel Carpenter in this District, styled *United States v. Daniel Carpenter*, Docket No. 3:13-cr-226 (RNC). The subject documents are clearly marked by Bates Nos. with the prefix "Halloran." Plaintiff Carpenter can contact his counsel to view those documents at their office and prepare his own inventory.

2

WHEREFORE, Defendants Lynn Allen, Cheryl Garcia and Timothy Corsi respectfully request that the Plaintiffs' motion for reconsideration be denied, with the exception that the request for a stay of this Court's previous Ruling (ECF #110), which ordered the destruction of documents, is not opposed on other grounds, namely the completion of the Defendants' internal review of this matter.

        Respectfully submitted,

        For Defendants Lynn Allen, Cheryl Garcia
        and Timothy Corsi,

        Leonard C Boyle
        United States Attorney

            /s/

        Christine Sciarrino
        Assistant United States Attorney
        United States Attorney's Office
        157 Church Street -25th Floor
        New Haven, Connecticut   06510
        Tel. (203) 821-3780/Fax (203) 773-5315
        Email: Christine.Sciarrino@usdoj.gov
        Federal No. CT3393

<u>Certification</u>

I hereby certify that on April 20, 2022, a copy of the foregoing Memorandum was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/

Christine Sciarrino
Assistant United States Attorney