# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL E. CARPENTER and GRIST MILL CAPITAL, LLC, : | |
| Plaintiffs, : | Docket No. 3:14CV741 (SRU) |
| VS. : | |
| LYNN ALLEN, CHERI GARCIA, TIMOTHY CORSI, JOHN DOES 1-100, : and JANE DOES 1-100, | |
| Defendants. : | May 11, 2022 |

## DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that the Defendants, Lynn Allen, Cheryl Garcia and Timothy Corsi, in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the Ruling on Plaintiffs' 41(g) Motion and Order (ECF #110), entered on March 15, 2022, as well as the Ruling on Motion for Reconsideration (ECF #114), entered on April 26, 2022.

Respectfully submitted,

For Defendants Lynn Allen, Cheryl Garcia
and Timothy Corsi,

Vanessa Roberts Avery
United States Attorney

/s/

Christine Sciarrino
Assistant United States Attorney
United States Attorney's Office
157 Church Street -25th Floor
New Haven, Connecticut   06510
Tel. (203) 821-3780/Fax (203) 773-5315
Email: Christine.Sciarrino@usdoj.gov
Federal No. CT3393

Certification

I hereby certify that on May 11, 2022, a copy of the foregoing Notice was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/

Christine Sciarrino
Assistant United States Attorney