UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DANIEL CARPENTER AND
GRIST MILL CAPITAL, LLC                              NO. 3:14cv741 (SRU)

VS.

LYNN ALLEN, ET AL                                     MAY 11, 2022

## PLAINTIFFS' NOTICE OF CROSS-APPEAL

The plaintiffs Daniel Carpenter and Grist Mill Capital, LLC hereby cross-appeal to the United States Court of Appeals for the Second Circuit from the Ruling on Motion for Reconsideration at docket entry #114 filed April 26, 2022 and from the Ruling on Plaintiffs' 41(g) Motion and Order at docket entry #110 filed on March 15, 2022.

THE PLAINTIFF
GRIST MILL CAPITAL, LLC

BY /s/ *Jonathan J. Einhorn*
JONATHAN J. EINHORN
129 WHITNEY AVENUE
NEW HAVEN, CT 06510
FEDERAL BAR NO. ct00163
EINHORNLAWOFFICE@GMAIL.COM
203-777-3777

THE PLAINTIFF
DANIEL CARPENTER

BY /s/ *John R. Williams*
JOHN R. WILLIAMS
51 ELM STREET, SUITE 409
NEW HAVEN, CT 06510
203-562-9931
Fax: 203-776-9494

## CERTIFICATION

I hereby certify that on this 11th day of May, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

/s/ *Jonathan J. Einhorn*
JONATHAN J. EINHORN