UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL E. CARPENTER and GRIST MILL CAPITAL, LLC, : | |
| : | |
| Plaintiffs, | Docket No. 3:14CV741 (SRU) |
| : | |
| VS. | |
| : | |
| LYNN ALLEN, CHERI GARCIA, TIMOTHY CORSI, JOHN DOES 1-100, : and JANE DOES 1-100, | |
| : | |
| Defendants. | May 11, 2022 |

**PARTIES' STIPULATION FOR STAY PENDING APPEAL**

This Court, through its Ruling on Plaintiffs' 41(g) Motion and Order (ECF #110), entered on March 15, 2022, and Ruling on Motion for Reconsideration (ECF #114), entered on April 26, 2022, ordered the destruction of certain documents that are in the Government's custody, control and possession. Both Parties have filed respective notices of appeal of these two Rulings. *See* ECF #115, 116. Through their respective appeals, both Parties will seek to review of the Ruling ordering destruction of the subject documents. Accordingly, the Parties respectfully stipulate and agree to the entry of a stay of the destruction of the subject documents during the pendency of their appeals concerning this matter.

Respectfully submitted,

THE PLAINTIFF
GRIST MILL CAPITAL, LLC


BY  /s/ *Jonathan J. Einhorn*_____
JONATHAN J. EINHORN
129 WHITNEY AVENUE
NEW HAVEN, CT 06510
FEDERAL BAR NO. ct00163
EINHORNLAWOFFICE@GMAIL.COM
203-777-3777
Fax: 203-782-1721



THE PLAINTIFF
DANIEL CARPENTER

BY_/s/ *John R. Williams*_____
JOHN R. WILLIAMS
51 ELM STREET, SUITE 409
NEW HAVEN, CT 06510
203-562-9931
Fax: 203-776-9494

        THE DEFENDANTS
        LYNN ALLEN, CHERYL GARCIA and
        TIMOTHY CORSI

        VANESSA ROBERTS AVERY
        UNITED STATES ATTORNEY

        <u>BY</u> */s/ Christine Sciarrino*
        ASSISTANT UNITED STATES ATTORNEY
        UNITED STATES ATTORNEY'S OFFICE
        157 CHURCH STEET - 25th FLOOR
        NEW HAVEN, CONNECTICUT 06510
        Tel. (203) 821-3780/Fax (203) 773-5315
        Email: Christine.Sciarrino@usdoj.gov
        FEDERAL BAR No. CT3393

CERTIFICATION

I hereby certify that on this 11th day of May, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

/s/ *Jonathan J. Einhorn*
JONATHAN J. EINHORN

Respectfully submitted,

For Defendants Lynn Allen, Cheryl Garcia and Timothy Corsi,

Vanessa Roberts Avery
United States Attorney

/s/

Christine Sciarrino

>Assistant United States Attorney
>United States Attorney's Office
>157 Church Street -25th Floor
>New Haven, Connecticut   06510
>Tel. (203) 821-3780/Fax (203) 773-5315
>Email: Christine.Sciarrino@usdoj.gov
>Federal No. CT3393

<u>Certification</u>

I hereby certify that on May 11, 2022, a copy of the foregoing Notice was filed electronically and served by mail to anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/

Christine Sciarrino
Assistant United States Attorney