# U.S. District Court
# District of Connecticut (New Haven)
# CIVIL DOCKET FOR CASE #: 3:14-cv-00741-SRU

| | |
|---|---|
| Carpenter et al v. Allen et al | Date Filed: 05/22/2014 |
| Assigned to: Judge Stefan R. Underhill | Jury Demand: Plaintiff |
| Referred to: Judge S. Dave Vatti (Settlement) | Nature of Suit: 440 Civil Rights: Other |
| Cause: 42:1983 Civil Rights Act | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**Daniel Carpenter**      represented by      **John R. Williams**
51 Elm St., Ste. 409
New Haven, CT 06510
203-562-9931
Fax: 203-776-9494
Email: jrw@johnrwilliams.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Norman A. Pattis**
Pattis & Smith, LLC
383 Orange Street
1st Floor
New Haven, CT 06511
203-393-3017
Fax: 203-393-9745
Email: npattis@pattisandsmith.com
*TERMINATED: 04/27/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David A. Slossberg**
Hurwitz Sagarin Slossberg & Knuff, LLC
147 N. Broad Street
Milford, CT 06460
203-877-8000
Fax: 203-878-9800
Email: dslossberg@hssklaw.com

*TERMINATED: 01/04/2021*
*ATTORNEY TO BE NOTICED*

**Jeffrey P. Nichols**
Hurwitz Sagarin Slossberg & Knuff LLC
147 North Broad St., PO Box 112
Milford, CT 06460-0112
203-877-8000
Fax: 203-878-9800
Email: jnichols@hssklaw.com
*TERMINATED: 01/04/2021*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Grist Mill Capital LLC** represented by **John R. Williams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Norman A. Pattis**
(See above for address)
*TERMINATED: 04/27/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan J. Einhorn**
Law Office of Jonathan J. Einhorn
129 Whitney Avenue
New Haven, CT 06510
203-777-3777
Fax: 203-782-1721
Email: einhornlawoffice@gmail.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Lynn Allen** represented by **Christine L. Sciarrino**
U.S. Attorney's Office-NH
157 Church St., 25th Floor
New Haven, CT 06510
203-821-3780
Fax: 203-773-5373
Email:

Christine.Sciarrino@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

Cheri Garcia      represented by     **Christine L. Sciarrino**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

Timothy Corsi      represented by     **Christine L. Sciarrino**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

John Does
*1-100*      represented by     **Christine L. Sciarrino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Jane Does
*1-100*      represented by     **Christine L. Sciarrino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/22/2014 | view1 | COMPLAINT against All Defendants ( Filing fee $400 receipt number 0205-3254499.), filed by Daniel Carpenter, Grist Mill Capital, LLC. (Attachments: # 1 Summons Sheet)(Pattis, Norman) (Entered: 05/22/2014) |
| 05/22/2014 | view | Request for Clerk to issue summons as to All Defendants. (Pattis, Norman) (Entered: 05/22/2014) |
| 05/22/2014 | view | Judge Michael P. Shea added. (Malone, P.) (Entered: 05/23/2014) |
| 05/22/2014 | view2 | Order on Pretrial Deadlines: Motions to Dismiss due on 08/22/2014. Amended Pleadings due by 7/21/2014; Discovery due by 11/21/2014; Dispositive Motions due by 12/21/2014.<br>Signed by Clerk on 05/22/2014.(Grady, B.) (Entered: 05/23/2014) |
| 05/22/2014 | view3 | ELECTRONIC FILING ORDER - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER: |

| | | Signed by Judge Michael P. Shea on 05/22/2014.(Grady, B.) (Entered: 05/23/2014) |
|---|---|---|
| 05/22/2014 | view4 | STANDING PROTECTIVE ORDER: Signed by Judge Michael P. Shea on 05/22/2014.(Grady, B.) (Entered: 05/23/2014) |
| 05/23/2014 | view5 | NOTICE TO COUNSEL: Counsel initiating or removing this action is responsible for serving all parties with attached documents and copies of 3 Electronic Filing Order, 1 Complaint filed by Daniel Carpenter, Grist Mill Capital LLC, 4 Protective Order, 2 Order on Pretrial Deadlines. Signed by Clerk on 05/23/2014.(Grady, B.) (Entered: 05/23/2014) |
| 05/23/2014 | view6 | ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *Lynn Allen* with answer to complaint due within *21* days. Attorney *Norman A. Pattis* *The Pattis Law Firm, LLC* *649 Amity Road* *Bethany, CT 06524*. (Grady, B.) (Entered: 05/23/2014) |
| 05/23/2014 | view7 | ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *Timothy Corsi* with answer to complaint due within *21* days. Attorney *Norman A. Pattis* *The Pattis Law Firm, LLC* *649 Amity Road* *Bethany, CT 06524*. (Grady, B.) (Entered: 05/23/2014) |
| 05/23/2014 | view8 | ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *Cheri Garcia* with answer to complaint due within *21* days. Attorney *Norman A. Pattis* *The Pattis Law Firm, LLC* *649 Amity Road* *Bethany, CT 06524*. (Grady, B.) (Entered: 05/23/2014) |
| 08/06/2014 | view9 | First MOTION for Extension of Time until 10/23/2014 to serve defendants by Daniel Carpenter. (Pattis, Norman) (Entered: 08/06/2014) |
| 08/07/2014 | view10 | ORDER. The Court GRANTS Plaintiffs' 9 Motion for extension of time to serve Defendants until **October 23, 2014** . Signed by Judge Michael P. Shea on 8/7/14. (Bradley, K.) (Entered: 08/07/2014) |
| 10/15/2014 | view11 | Second MOTION for Extension of Time until 11/23/2014 to serve defendants by Daniel Carpenter. (Pattis, Norman) (Entered: 10/15/2014) |
| 10/16/2014 | view12 | ORDER. The Court GRANTS Plaintiff's 11 second motion for extension of time until **11/23/14** to serve defendants. Further extensions are unlikely. Signed by Judge Michael P. Shea on 10/16/14. (Bradley, K.) (Entered: 10/16/2014) |
| 11/11/2014 | view13 | SUMMONS Returned Executed by Daniel Carpenter, Grist Mill Capital LLC. Timothy Corsi served on 11/3/2014, answer due 11/24/2014; Cheri |

| | | Garcia served on 11/6/2014, answer due 11/27/2014. (Pattis, Norman) (Entered: 11/11/2014) |
|---|---|---|
| 11/17/2014 | view14 | NOTICE. The Court received the attached letter from an individual who asserts that she was incorrectly served with the complaint. Signed by Judge Michael P. Shea on 11/17/14.(Bradley, K.) (Entered: 11/17/2014) |
| 11/20/2014 | view15 | MOTION for Extension of Time until December 23, 2014 To Serve Summons by Daniel Carpenter. (Pattis, Norman) (Entered: 11/20/2014) |
| 11/21/2014 | view16 | ORDER. The Court GRANTS Plaintiff's 15 motion for extension of time until December 23, 2014 to serve the remaining defendant. There will be no further extensions of this deadline. Signed by Judge Michael P. Shea on 11/21/14. (Bradley, K.) (Entered: 11/21/2014) |
| 12/15/2014 | view17 | SUMMONS Returned Executed by Daniel Carpenter, Grist Mill Capital LLC. Lynn Allen served on 12/11/2014, answer due 1/1/2015. (Pattis, Norman) (Entered: 12/15/2014) |
| 12/19/2014 | view18 | NOTICE of Appearance by Christine L. Sciarrino on behalf of Lynn Allen, Timothy Corsi, Cheri Garcia (Sciarrino, Christine) (Entered: 12/19/2014) |
| 12/19/2014 | view19 | MOTION to Stay *or in the alternative, Motion for Extension of Time* by Lynn Allen, Timothy Corsi, Cheri Garcia.Responses due by 1/9/2015 (Attachments: # 1 Memorandum in Support)(Sciarrino, Christine) (Entered: 12/19/2014) |
| 12/22/2014 | view20 | ORDER granting in part and denying in part 19 Motion to Stay. The Court DENIES the motion for a stay, but GRANTS the extension of time. The United States shall file its responsive pleading on or before **February 9, 2015.** Signed by Judge Michael P. Shea on 12/22/14. (Bradley, K.) (Entered: 12/22/2014) |
| 12/22/2014 | view | Answer deadline updated for Lynn Allen to 2/9/2015; Timothy Corsi to 2/9/2015; Cheri Garcia to 2/9/2015. (Johnson, D.) (Entered: 12/23/2014) |
| 01/26/2015 | view21 | ORDER OF TRANSFER. Case reassigned to Judge Victor A. Bolden for all further proceedings Signed by Clerk on 1/26/15.(D'Onofrio, B.) (Entered: 01/26/2015) |
| 01/30/2015 | view22 | Second MOTION for Extension of Time until March 11, 2015 To File Renewed Motion to Stay, Or In the Alternative, A Response to the Complaint by Lynn Allen, Timothy Corsi, Cheri Garcia. (Sciarrino, Christine) Modified on 2/3/2015 to add filer Cheri Garcia per C. Sciarrino (D'Onofrio, B.). Modified on 2/3/2015 to edit text (D'Onofrio, B.). (Entered: 01/30/2015) |

| 02/03/2015 | view23 | MOTION for Extension of Time to File Parties 26(f) Report by Lynn Allen, Timothy Corsi, Cheri Garcia. (Sciarrino, Christine) Modified on 2/3/2015 to add filer Cheri Garcia per C. Sciarino (D'Onofrio, B.). (Entered: 02/03/2015) |
|---|---|---|
| 02/05/2015 | view24 | ORDER granting 22 Second Motion for Extension of Time to file a response to the Complaint until and including 3/11/2015; granting 23 Motion for Extension of Time to file the Parties' Form Rule 26(f) Report until and including 4/1/2015. Response to Complaint due by 3/11/2015. Rule 26(f) Report due by 4/1/2015. Signed by Judge Victor A. Bolden on 2/5/2015.(Dearing, S.) (Entered: 02/05/2015) |
| 02/05/2015 | view | Set Deadlines: Rule 26 Meeting Report due by 4/1/2015 (Ghilardi, K.) (Entered: 02/05/2015) |
| 02/05/2015 | view | Answer deadline updated for Lynn Allen to 3/11/2015; Timothy Corsi to 3/11/2015; Cheri Garcia to 3/11/2015. (Ghilardi, K.) (Entered: 02/05/2015) |
| 03/11/2015 | view25 | Supplemental MOTION to Stay by Lynn Allen, Timothy Corsi, Cheri Garcia.Responses due by 4/1/2015 (Sciarrino, Christine) (Entered: 03/11/2015) |
| 04/02/2015 | view26 | MOTION for Extension of Time until 21 Days following Ruling on Document 25 to file Parties' Rule 26(f)(1) Report by Daniel Carpenter, Grist Mill Capital LLC. (Pattis, Norman) (Entered: 04/02/2015) |
| 04/03/2015 | view27 | ORDER granting 26 Motion for Extension of Time to file 26(f) Report. The Court further grants Plaintiffs leave to file a response to 25 Supplemental MOTION to Stay up to and including 4/14/2015, if they so desire. Signed by Judge Victor A. Bolden on 4/3/2015.(Dearing, S.) (Entered: 04/03/2015) |
| 04/03/2015 | view | Set Deadlines as to 25 Supplemental MOTION to Stay . Responses due by 4/14/2015 (Ghilardi, K.) (Entered: 04/03/2015) |
| 10/09/2015 | view28 | ORDER granting 25 Motion to Stay until Mr. Carpenter's related criminal matter is resolved. Signed by Judge Victor A. Bolden on 10/9/2015. (Dearing, S.) (Entered: 10/09/2015) |
| 08/18/2016 | view29 | NOTICE of Appearance by David A. Slossberg on behalf of Daniel Carpenter (Slossberg, David) (Entered: 08/18/2016) |
| 08/18/2016 | view30 | NOTICE of Appearance by Jeffrey P. Nichols on behalf of Daniel Carpenter (Nichols, Jeffrey) (Entered: 08/18/2016) |
| 03/29/2017 | view31 | NOTICE of Appearance by Jonathan J. Einhorn on behalf of Grist Mill Capital LLC (Einhorn, Jonathan) (Entered: 03/29/2017) |

| 04/18/2017 | view32 | Telephonic Status Conference set for 4/25/2017 10:00 AM before Judge Victor A. Bolden. Once all parties are on the line, please call chambers at (203) 579-5562.(Ghosh, S.) (Entered: 04/18/2017) |
|---|---|---|
| 04/25/2017 | view33 | Minute Entry for proceedings held before Judge Victor A. Bolden: TelephonicStatus Conference held on 4/25/2017. Total Time: 0 hours and 9 minutes(Court Reporter S. Montini.)(Ghosh, S.) (Entered: 04/25/2017) |
| 04/25/2017 | view34 | ORDER. Given the passage of time and recent developments in Mr. Carpenter's case, the Court intends to review the issue of whether or not a stay is appropriate in this case. Any party wishing to continue the stay ordered in 28 Order on Motion to Stay must file supplemental motions by 6/2/2017. Signed by Judge Victor A. Bolden on 4/25/2017.(Ghosh, S.) (Entered: 04/25/2017) |
| 04/26/2017 | view35 | MOTION for Norman A. Pattis to Withdraw as Attorney by Daniel Carpenter, Grist Mill Capital LLC. (Pattis, Norman) (Entered: 04/26/2017) |
| 04/27/2017 | view36 | ORDER granting 35 Motion to Withdraw as Attorney. Attorney Norman A. Pattis terminated. Signed by Judge Victor A. Bolden on 4/27/2017.(Ghosh, S.) (Entered: 04/27/2017) |
| 06/02/2017 | view37 | Supplemental MOTION to Stay re 34 Order, by Lynn Allen, Timothy Corsi, Cheri Garcia.Responses due by 6/23/2017 (Attachments: # 1 Memorandum in Support)(Sciarrino, Christine) (Entered: 06/02/2017) |
| 06/23/2017 | view38 | Memorandum in Opposition re 37 Supplemental MOTION to Stay re 34 Order, filed by Daniel Carpenter, Grist Mill Capital LLC. (Nichols, Jeffrey) (Entered: 06/23/2017) |
| 06/29/2017 | view39 | NOTICE by Lynn Allen, Timothy Corsi, Cheri Garcia re 37 Supplemental MOTION to Stay re 34 Order, (Attachments: # 1 Supplement)(Sciarrino, Christine) (Entered: 06/29/2017) |
| 07/06/2017 | view40 | ORDER granting 37 Motion to Stay; continuing stay. On October 9, 2015, the Court stayed this case until Mr. Carpenters related criminal case, docket number 3:13-cr-226 (RNC) (D. Conn.), is resolved and judgment has been entered. See Ruling, ECF No. 28. The Court cited the potential overlap between Mr. Carpenters criminal case, the minimal prejudice to Mr. Carpenter, the public's interest in judicial economy, and the Court's desire to avoid inconsistent rulings. On April 25, 2017, the Court sought further briefing as to whether a stay was still appropriate. After reviewing the parties' submissions, the Court concludes that it is. While Mr. Carpenter has been convicted, he has filed several post-conviction motions, including a Motion under Rule 60(b) regarding the Courts denial his motion to suppress evidence seized by the IRS on April |

| | | | |
|---|---|---|---|
| | | | 20, 2010. Although this motion does not directly address the raid at issue in this case, the Courts review of the motion, and the docket indicates that the overlap between this case and the criminal one remains substantial. Indeed, Mr. Carpenter's Rule 60(b) Motion to reconsider and vacate the Court's decision and finding of fact make several references to the "illegal raid" that is the subject of this case. Mr. Carpenter's civil case would be most smoothly and expeditiously adjudicated after the resolution of the pending post conviction motions in Mr. Carpenter's criminal case. For these reasons, as well as those outlined in the Courts initial Order staying (ECF No. 28), the Court concludes that it remains appropriate to stay this case until judgment has entered in 3:13-cr-226 (RNC). Continuing the stay also remains consistent with the rules of this Circuit. The Second Circuit has recognized that a 'district court may stay civil proceedings when related criminal proceedings are imminent or pending and it will sometimes be prudential to do so.' Louis Vuitton Malletier S.A. v. LY USA, Inc., 676 F.3d 83, 98 (2d Cir. 2012) (citation omitted). District courts have the 'inherent power and discretion to stay cases when the interests of justice so require.' See Volmar Distribs., Inc. v. N.Y. Post Co., Inc., 152 F.R.D. 36, 39 (S.D.N.Y. 1993) (collecting cases). Signed by Judge Victor A. Bolden on 7/6/2017.(Ghosh, S.) (Entered: 07/06/2017) |
| 04/03/2018 | view41 | | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Telephonic Status Conference set for 4/12/2018 at 03:30 PM before Judge Victor A. Bolden. Once all counsel are on the line, please call Chambers at (203) 579-5562. (Giammatteo, J.) (Entered: 04/03/2018) |
| 04/16/2018 | view | | Minute Entry for proceedings held before Judge Victor A. Bolden: Status Conference held on 4/12/2018. Total Time: 0 hours and 8 minutes(Court Reporter S. Montini.) (Giammatteo, J.) (Entered: 04/16/2018) |
| 04/27/2018 | view42 | | ORDER CONTINUING STAY: On October 9, 2015, the Court stayed this case until Mr. Carpenter's related criminal case, No. 3:13-cr-226 (RNC), is resolved and judgment has been entered. *See* Ruling, ECF No. 28 ; Order, ECF No. 40 . The parties shall, however, file brief submissions within fourteen days after the criminal case is resolved addressing whether the stay should be lifted.<br>Signed by Judge Victor A. Bolden on 4/27/2018.(Giammatteo, J.) (Entered: 04/27/2018) |
| 07/02/2018 | view43 | | Joint STATUS REPORT by Daniel Carpenter. (Nichols, Jeffrey) (Entered: 07/02/2018) |

| 09/21/2018 | view44 | ORDER OF TRANSFER. Case reassigned to Judge Kari A. Dooley for all further proceedings<br>Signed by Clerk on 9/21/18.(Walker, J.) (Entered: 09/21/2018) |
|---|---|---|
| 12/17/2018 | view45 | STATUS REPORT by Lynn Allen, Timothy Corsi, Cheri Garcia. (Sciarrino, Christine) (Entered: 12/17/2018) |
| 12/18/2018 | view46 | ORDER. The stay previously entered in this matter shall remain in effect until such time as the criminal file, captioned USA v. Carpenter, 3:13-CR-226 (RNC), goes to judgment and any appeal thereof is resolved. The Court notes that the plaintiff has filed both an appeal and post-sentencing motions in that file. The parties shall file a Joint Status Report within 14 days of the resolution of the appeal or the issuance of a mandate from the Court of Appeals. Signed by Judge Kari A. Dooley on 12/18/18.(Dooley, Kari) (Entered: 12/18/2018) |
| 06/01/2020 | view47 | STATUS REPORT by Lynn Allen, Timothy Corsi, Jane Does, John Does, Cheri Garcia. (Sciarrino, Christine) (Entered: 06/01/2020) |
| 06/02/2020 | view48 | ORDER: The parties shall appear for a telephonic status conference on **June 9, 2020 at 11:00 AM**. A calendar entry with the details for this conference/hearing will be separately docketed.<br>Signed by Judge Kari A. Dooley on 6/2/2020. (D'Amato, Joseph) (Entered: 06/02/2020) |
| 06/02/2020 | view49 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.<br><br>Telephonic Status Conference set for **6/9/2020 at 11:00 AM** before Judge Kari A. Dooley. Telephonic Conference Line: 888-278-0296; Access Code: 8077899. (D'Amato, Joseph) (Entered: 06/02/2020) |
| 06/09/2020 | view50 | Minute Entry for proceedings held before Judge Kari A. Dooley: Telephonic Status Conference held on 6/9/2020. Total Time: 9 minutes(Court Reporter Tracy Gow.) (Gould, K.) (Entered: 06/09/2020) |
| 06/10/2020 | view51 | ORDER: As discussed during the status conference, the stay previously entered in this matter shall remain in effect until such time as the appeal (to include any petition for writ of certiorari) that relates to the issues in this case arising from the criminal case, captioned USA v. Carpenter, 3:13-CR-226 (RNC), is fully concluded. The parties shall file a Joint Status Report within 14 days of the conclusion of such appeal.<br>Signed by Judge Kari A. Dooley on 6/10/2020. (D'Amato, Joseph) (Entered: 06/10/2020) |
| 11/23/2020 | view52 | Joint STATUS REPORT by Daniel Carpenter. (Nichols, Jeffrey) (Entered: 11/23/2020) |

| 11/23/2020 | view53 | ORDER LIFTING STAY. Upon reviewing the parties' 52 Joint Status Report, the Court hereby lifts the stay previously entered in this matter. Defendants shall respond to Plaintiffs' complaint on or before **January 22, 2021**. The Court will address any motion by counsel to withdraw when or if it is filed.<br>Signed by Judge Kari A. Dooley on 11/23/2020. (D'Amato, Joseph) (Entered: 11/23/2020) |
|---|---|---|
| 11/23/2020 | view | Answer deadline updated for Defendants Lynn Allen, Timothy Corsi, and Cheri Garcia to **1/22/2021**. (D'Amato, Joseph) (Entered: 11/23/2020) |
| 12/08/2020 | view54 | MOTION for Jeffrey P. Nichols to Withdraw as Attorney by Daniel Carpenter. (Attachments: # 1 Exhibit A - Declaration of Daniel E. Carpenter)(Nichols, Jeffrey) (Entered: 12/08/2020) |
| 12/08/2020 | view55 | MOTION for David S. Slossberg to Withdraw as Attorney by Daniel Carpenter. (Attachments: # 1 Exhibit A - Declaration of Daniel E. Carpenter)(Slossberg, David) (Entered: 12/08/2020) |
| 12/30/2020 | view56 | NOTICE of Appearance by John R. Williams on behalf of Daniel Carpenter, Grist Mill Capital LLC (Williams, John) (Entered: 12/30/2020) |
| 01/04/2021 | view57 | ORDER granting 54 Motion to Withdraw as Attorney. Attorney Jeffrey P. Nichols terminated. Signed by Judge Kari A. Dooley on 1/4/2021. (D'Amato, Joseph) (Entered: 01/04/2021) |
| 01/04/2021 | view58 | ORDER granting 55 Motion to Withdraw as Attorney. Attorney David A. Slossberg terminated. Signed by Judge Kari A. Dooley on 1/4/2021. (D'Amato, Joseph) (Entered: 01/04/2021) |
| 01/22/2021 | view59 | NOTICE by Lynn Allen, Timothy Corsi, Jane Does, John Does, Cheri Garcia (Attachments: # 1 Affidavit Certification of Scope of Employment, # 2 Text of Proposed Order)(Sciarrino, Christine) (Entered: 01/22/2021) |
| 01/22/2021 | view60 | MOTION to Dismiss for Lack of Jurisdiction by Lynn Allen, Timothy Corsi, Jane Does, John Does, Cheri Garcia.Responses due by 2/12/2021 (Attachments: # 1 Memorandum in Support, # 2 Exhibit A to Memorandum, # 3 Affidavit Declaration of Catherine P. Carter)(Sciarrino, Christine) (Entered: 01/22/2021) |
| 01/28/2021 | view61 | ORDER OF TRANSFER. Case reassigned to Judge Stefan R. Underhill for all further proceedings.<br>Signed by Judge Kari A. Dooley on 1/28/2021.(Gould, K.) (Entered: 01/28/2021) |

| 01/28/2021 | view62 | ELECTRONIC FILING ORDER FOR COUNSEL - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER. Signed by Judge Stefan R. Underhill on 1/28/2021.(Imbriani, Susan) (Entered: 01/29/2021) |
|---|---|---|
| 02/03/2021 | view63 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Telephonic Status Conference set for 2/23/2021 01:00 PM before Judge Stefan R. Underhill. The call-in for the conference is 888.636.3807; when prompted for the access code, dial 650 8043 followed by #. (If asked whether to join the conference as the host, bypass that option by dialing #.) (Simon, K.) (Entered: 02/03/2021) |
| 02/04/2021 | view64 | MOTION for Extension of Time to File Response/Reply as to 60 MOTION to Dismiss for Lack of Jurisdiction until March 5, 2021, by Daniel Carpenter. (Williams, John) (Entered: 02/04/2021) |
| 02/10/2021 | view65 | ORDER granting 64 Motion for Extension of Time to File Response until March 5, 2021. Signed by Judge Stefan R. Underhill on 2/10/2021. (Simon, K.) (Entered: 02/10/2021) |
| 02/10/2021 | view | Reset Deadlines as to 60 MOTION to Dismiss for Lack of Jurisdiction . Responses due by 3/5/2021 (Oliver, T.) (Entered: 02/11/2021) |
| 02/23/2021 | view66 | Minute Entry for proceedings held before Judge Stefan R. Underhill: Status Conference held on 2/23/2021. Total Time: 0 hours and 36 minutes (Simon, K.) (Entered: 02/23/2021) |
| 03/01/2021 | view67 | Memorandum in Opposition re 60 MOTION to Dismiss for Lack of Jurisdiction filed by Daniel Carpenter. (Williams, John) (Entered: 03/01/2021) |
| 03/03/2021 | view68 | Memorandum in Opposition *To The Defendants' Motion To Dismiss* re 60 MOTION to Dismiss for Lack of Jurisdiction filed by Grist Mill Capital LLC. (Attachments: # 1 Exhibit, # 2 Exhibit)(Einhorn, Jonathan) (Entered: 03/03/2021) |
| 03/03/2021 | view69 | ORDER TO SHOW CAUSE. Show Cause Response due by 3/24/2021. Signed by Judge Stefan R. Underhill on 3/3/2021. (Simon, K.) (Entered: 03/03/2021) |
| 03/15/2021 | view70 | MOTION for Leave to File Excess Pages *for Reply Memorandum in Further Support of Defendants' Motion to Dismiss* by Lynn Allen, Timothy Corsi, Jane Does, John Does, Cheri Garcia. (Sciarrino, Christine) (Entered: 03/15/2021) |

| Date | Link | Description |
|---|---|---|
| 03/15/2021 | view71 | REPLY to Response to 60 MOTION to Dismiss for Lack of Jurisdiction , 70 MOTION for Leave to File Excess Pages *for Reply Memorandum in Further Support of Defendants' Motion to Dismiss* filed by Lynn Allen, Timothy Corsi, Jane Does, John Does, Cheri Garcia. (Sciarrino, Christine) (Entered: 03/15/2021) |
| 03/16/2021 | view72 | ORDER granting 70 Motion for Leave to File Excess Pages. Signed by Judge Stefan R. Underhill on 3/16/2021. (Simon, K.) (Entered: 03/16/2021) |
| 03/24/2021 | view73 | RESPONSE TO 69 Order to Show Cause by Lynn Allen, Timothy Corsi, Jane Does, John Does, Cheri Garcia filed by Lynn Allen, Timothy Corsi, Jane Does, John Does, Cheri Garcia. (Sciarrino, Christine) (Entered: 03/24/2021) |
| 05/04/2021 | view74 | ORDER: In order to streamline this case and case no. 13-cv-563, the plaintiffs are directed to file in this case the motion for return of property (doc. no. 181) that was filed in case no. 13-cv-563.<br><br>Signed by Judge Stefan R. Underhill on 5/4/2021. (Simon, K.) (Entered: 05/04/2021) |
| 05/04/2021 | view75 | MOTION for Return of Property *and Response to Show Cause Order* by Grist Mill Capital LLC. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit)(Einhorn, Jonathan) (Entered: 05/04/2021) |
| 06/09/2021 | view76 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.<br><br>Set/Reset Deadlines as to 75 MOTION for Return of Property, 60 MOTION to Dismiss for Lack of Jurisdiction. Motion Hearing set for 7/14/2021 12:00 PM before Judge Stefan R. Underhill. (Simon, K.) (Entered: 06/09/2021) |
| 06/09/2021 | view | NOTICE regarding hearing via Zoom: The Motion Hearing scheduled for 7/14/2021 at 12:00 p.m. will be conducted via Zoom. The video link is https://www.zoomgov.com/j/1614521230?pwd=YU9JSDYzeWFJODh1VGNCWDZuMHVhQT09 and call in number is +1 646 828 7666 US (New York); +1 669 254 5252 US (San Jose).<br><br>Meeting ID: 161 452 1230<br><br>Meeting Password: 362770<br><br>Please note: Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, screenshots, |

| | | streaming, and rebroadcasting in any form, of court proceedings. The Judicial Conference of the United States, which governs the practices of the federal courts, has prohibited it. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court. (Simon, K.) (Entered: 06/09/2021) |
|---|---|---|
| 07/06/2021 | view77 | MOTION for In-Person Hearing re Notice Regarding Hearing Via Zoom,,, by Lynn Allen, Timothy Corsi, Jane Does, John Does, Cheri Garcia.Responses due by 7/27/2021 (Sciarrino, Christine) (Entered: 07/06/2021) |
| 07/08/2021 | view78 | ORDER **granting in part and denying in part** 77 the defendants' motion for an in-person hearing. The July 14 hearing currently scheduled in this matter -- *see* Cal. Entry, Doc. No. 76 -- will be conducted in a hybrid manner. That is, it will be accessible both in-person and via Zoom. Those parties who wish to attend in-person should come to Courtroom One at the Brien McMahon Federal Building and U.S. Courthouse at noon on July 14. Those parties who wish to attend by Zoom should use the Zoom access information already posted to the docket to attend the hearing. Each party may attend the July 14 hearing however it prefers -- either in-person or by Zoom.<br><br>Signed by Judge Stefan R. Underhill on 07/08/2021. (Rosenberg, J.) (Entered: 07/08/2021) |
| 07/14/2021 | view79 | Minute Entry. Proceedings held before Judge Stefan R. Underhill: granting in large part and denying in part 60 Motion to Dismiss; taking under advisement 75 Motion for Return of Property. Motion Hearing held on 7/14/2021 re 60 Motion to Dismiss, 75 Motion for Return of Property. Total Time: 1 hours and 16 minutes (Court Reporter M. Cianciullo.)<br><br>The motion to dismiss is granted in large part and denied in part for the reasons set forth on the record. In particular, the claim for monetary damages against Lynn Allen in her official capacity is dismissed on the basis of sovereign immunity. The Fourth Amendment claims challenging the search warrant, as well as the malicious prosecution and Fifth and Sixth Amendment claims, are barred under *Heck v. Humphrey*, 512 U.S. 477 (1994). The remaining Fourth Amendment claims relating to the manner of the search--that is, the claims regarding the destruction of property, Carpenter's detention during the search, and whether the search exceeded the scope of the warrant--are not barred by either *Heck* or qualified immunity. Disputed factual issues prevent granting qualified immunity at this stage. Discovery is necessary to determine whether the government's actions were reasonable as demonstrated by clearly |

| | | established law. Finally, the complaint sufficiently pleads damages. The Rule 41(g) motion for the return of property (doc. no. 75) is taken under advisement. (Simon, K.) (Entered: 07/14/2021) |
|---|---|---|
| 07/14/2021 | view 80 | ORDER REFERRING CASE to Magistrate Judge S. Dave Vatti for Settlement<br>Signed by Judge Stefan R. Underhill on 7/14/2021.(Torres, K.) (Entered: 07/15/2021) |
| 07/16/2021 | view 81 | NOTICE TO COUNSEL: Counsel for the parties shall confer and contact the chambers of Judge S. Dave Vatti at 203-579-5593 within three (3) business days and propose dates/times that all counsel are available for a telephonic pre-settlement conference during the week of **Aug 2, 2021**. (Arroyo, Alexandra) (Entered: 07/16/2021) |
| 07/19/2021 | view 82 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. A Telephonic Pre-Settlement Conference is set for 8/3/2021 at 2:00 p.m. before Judge S. Dave Vatti. A date for the settlement conference will be set during the telephone call. As the Court will require parties or their representatives with settlement authority to attend the settlement conference, counsel should obtain dates of unavailability from their clients over the next sixty days and have their own calendars available to aid in scheduling. During the telephone call, counsel should be prepared to discuss what, if any, information needs to be exchanged and anything else that needs to be accomplished prior to the settlement conference for the discussion to be productive. If either counsel develops a firm, unavoidable conflict on August 3, 2021 at 2:00 p.m., s/he should not file a motion for continuance but rather should call Chambers as soon as possible with opposing counsel on the line to work out an alternate day and time for the pre-settlement telephone conference. Parties shall call **866-434-5269** and enter the following **access code: 2006808**. (Ellis, Bernadette) (Entered: 07/19/2021) |
| 08/03/2021 | view 83 | Minute Entry for proceedings held before Judge S. Dave Vatti: Telephonic Pre-Settlement Conference held on 8/3/2021. Total time: 15 minutes. (Ellis, Bernadette) (Entered: 08/05/2021) |
| 08/06/2021 | view 84 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Settlement Conference set for 10/25/2021 at 10:00 a.m. before Judge S. Dave Vatti (Ellis, Bernadette) (Entered: 08/06/2021) |
| 08/06/2021 | view 85 | ORDER: A Settlement Conference is set for 10/25/21 at 10:00 a.m. Please see the attached Settlement Conference Order for detailed instructions and deadlines. |

| | | |
|---|---|---|
| | | Signed by Judge S. Dave Vatti on 8/6/21. (Ellis, Bernadette) (Entered: 08/06/2021) |
| 08/06/2021 | view | NOTICE regarding hearing via Zoom: The Settlement Conference scheduled for 10/25/21 at 10:00 a.m. will be conducted via Zoom. The video link is https://www.zoomgov.com/j/1609667672?pwd=encveksvZGVEU0JVcDFDODJmMWMxUT09 and call in number is +1 551 285 1373.<br><br>Meeting ID: 160 966 7672<br><br>Meeting Password: 064279<br><br>Please note: Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, screenshots, streaming, and rebroadcasting in any form, of court proceedings. The Judicial Conference of the United States, which governs the practices of the federal courts, has prohibited it. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court. (Ellis, Bernadette) (Entered: 08/06/2021) |
| 10/25/2021 | view86 | Minute Entry for proceedings held before Judge S. Dave Vatti: Settlement Conference held on 10/25/2021. Total Time: 19 minutes. (Ellis, Bernadette) (Entered: 10/25/2021) |
| 10/25/2021 | view87 | NOTICE. After discussion with the parties, the settlement conference scheduled for October 25, 2021, has been rescheduled to November 5, 2021, at 10:00 a.m. via Zoom in order for plaintiffs to comply with the settlement conference orders requirement that a damages analysis and settlement demand be provided to the defendants prior to the settlement conference. Accordingly, plaintiffs shall provide their damages analysis to defendants by **Thursday, October 28, 2021, at 5:00 p.m.** Defendants shall respond by **Tuesday, November 2, 2021, at 5:00 p.m.** SO ORDERED. (Ellis, Bernadette) (Entered: 10/25/2021) |
| 10/25/2021 | view88 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Settlement Conference is set for 11/5/2021 at 10:00 AM before Judge S. Dave Vatti.<br><br>NOTICE regarding hearing via Zoom: The Settlement Conference scheduled for 11/5/21 at 10:00 a.m. will be conducted via Zoom. The video link is https://www.zoomgov.com/j/1609667672?pwd=encveksvZGVEU0JVcDFDODJmMWMxUT09 and call in number is +1 551 285 1373. |

| | | |
|---|---|---|
| | | Meeting ID: 160 966 7672

Meeting Password: 064279

Please note: Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, screenshots, streaming, and rebroadcasting in any form, of court proceedings. The Judicial Conference of the United States, which governs the practices of the federal courts, has prohibited it. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court. (Ellis, Bernadette) (Entered: 10/25/2021) |
| 11/05/2021 | view89 | Minute Entry for proceedings held before Judge S. Dave Vatti: Settlement Conference held on 11/5/2021. Total Time: 2 hours and 1 minute. (Ellis, Bernadette) (Entered: 11/05/2021) |
| 11/08/2021 | view90 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Status Conference set for 11/16/2021 03:00 PM before Judge Stefan R. Underhill. The call-in for the conference is 888.636.3807; when prompted for the access code, dial 650 8043 followed by #. (If asked whether to join the conference as the host, bypass that option by dialing #.) (Hurley, S.) (Entered: 11/08/2021) |
| 11/16/2021 | view91 | Minute Entry for proceedings held before Judge Stefan R. Underhill: Status Conference held on 11/16/2021. 0 hours and 16 minutes. (Hurley, S.) (Entered: 11/16/2021) |
| 11/18/2021 | view92 | NOTICE by Lynn Allen, Timothy Corsi, Jane Does, John Does, Cheri Garcia *Concerning Destruction of Seized Documents* (Sciarrino, Christine) (Entered: 11/18/2021) |
| 11/19/2021 | view93 | MEMORANDUM of Status Conference and ORDER. Damages Discovery due by 1/15/2022. Dispositive Motions due by 2/15/2022. Signed by Judge Stefan R. Underhill on 11/19/2021. (Hurley, S.) (Entered: 11/19/2021) |
| 01/14/2022 | view94 | NOTICE by Grist Mill Capital LLC *of Preliminary Damages Analysis* (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit)(Einhorn, Jonathan) (Entered: 01/14/2022) |
| 02/15/2022 | view95 | Consent MOTION for Extension of Time until February 16, 2022 TO File Its Motion for Summary Judgment 93 Memorandum of Conference, |

| | | |
|---|---|---|
| | | Set Deadlines/Hearings by Grist Mill Capital LLC. (Einhorn, Jonathan) (Entered: 02/15/2022) |
| 02/15/2022 | [view 96](#) | MOTION for Summary Judgment by Lynn Allen, Timothy Corsi, Jane Does, John Does, Cheri Garcia.Responses due by 3/8/2022 (Attachments: # [1](#) Memorandum in Support, # [2](#) Exhibit 1 to Memorandum, Redacted Operational Plan, # [3](#) Exhibit 2 to Memorandum, Plaintiffs' Response to Interrogatories 4 and 5, # [4](#) Statement of Material Facts, # [5](#) Appendix Plaintiffs' Response to Admisstion 1, # [6](#) Appendix Plaintiffs' Response to Admission 2, # [7](#) Appendix Plaintiffs' Response to Admission 5, # [8](#) Appendix Plaintiffs' Response to Interrogatories 4 and 5, # [9](#) Exhibit 1 to Rule 56 Statement, Redacted Operational Plan, # [10](#) Affidavit Lynn Allen, # [11](#) Exhibit 1 to Allen Declaration, # [12](#) Exhibit 2 to Allen Declaration, # [13](#) Exhibit 3 to Allen Declaration, # [14](#) Affidavit Cheryl Garcia, # [15](#) Exhibit 1 to Garcia, # [16](#) Exhibit 2 to Garcia, # [17](#) Exhibit 3 to Garcia, # [18](#) Exhibit 4 to Garcia, # [19](#) Exhibit 5 to Garcia, # [20](#) Exhibit 6 to Garcia, # [21](#) Exhibit 7A to Garcia, # [22](#) Exhibit 7B to Garcia, # [23](#) Affidavit Timothy Corsi, # [24](#) Exhibit 1 to Corsi, # [25](#) Exhibit 2 to Corsi, # [26](#) Exhibit 3 to Corsi, # [27](#) Exhibit 4 to Corsi, # [28](#) Exhibit 5 to Corsi, # [29](#) Exhibit 6 to Corsi, # [30](#) Supplement Deposition of Gerald Giaimo)(Sciarrino, Christine) (Entered: 02/15/2022) |
| 02/15/2022 | [view97](#) | MOTION to Seal Unredacted Operational Plan and Unredacted Exhibits 4 and 5 to Declaration of Timothy Corsi by Lynn Allen, Timothy Corsi, Jane Does, John Does, Cheri Garcia. (Attachments: # [1](#) Memorandum in Support, # [2](#) Text of Proposed Order)(Sciarrino, Christine) (Entered: 02/15/2022) |
| 02/15/2022 | [view98](#) | Sealed Document: Unredacted Operational Plan and Exhibits 5 and 6 to Corsi Declaration by Lynn Allen, Timothy Corsi, Jane Does, John Does, Cheri Garcia re [96](#) MOTION for Summary Judgment . (Attachments: # [1](#) Exhibit 5 to Corsi Declaration, # [2](#) Exhibit 6 to Corsi Declaration)(Sciarrino, Christine) (Entered: 02/15/2022) |
| 02/15/2022 | [view99](#) | ENTERED IN ERROR - MOTION for Summary Judgment *Defendants' Local Rule 56(a)(1) Statement* by Lynn Allen, Timothy Corsi, Jane Does, John Does, Cheri Garcia.Responses due by 3/8/2022 (Sciarrino, Christine) Modified on 2/17/2022 (Oliver, T.). (Entered: 02/15/2022) |
| 02/15/2022 | [view101](#) | Statement of Material Facts re [96](#) MOTION for Summary Judgment filed by Lynn Allen, Timothy Corsi, Jane Does, John Does, Cheri Garcia. (REPLACING DOC #99) (Oliver, T.) (Entered: 02/17/2022) |
| 02/16/2022 | [view 100](#) | MOTION for Summary Judgment *As to Liability Only* by Grist Mill Capital LLC.Responses due by 3/9/2022 (Attachments: # [1](#) Memorandum in Support, # [2](#) Affidavit, # [3](#) Statement of Material Facts, # [4](#) Exhibit, # [5](#) Exhibit, # [6](#) Exhibit, # [7](#) Exhibit, # [8](#) Exhibit, # [9](#) |

| | | |
|---|---|---|
| | | Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit)(Einhorn, Jonathan) (Entered: 02/16/2022) |
| 02/17/2022 | view | Docket Entry Correction re 99 MOTION for Summary Judgment *Defendants' Local Rule 56(a)(1) Statement* MODIFIED TO NOTE ENTRY HAS BEEN ENTERED IN ERROR AND REDOCKETED AS DOC #101; THE DOCUMENT WAS ORIGINALLY FILED INCORRECTLY AS A MOTION (Oliver, T.) (Entered: 02/17/2022) |
| 02/23/2022 | view102 | ORDER granting *nunc pro tunc* 95 Consent Motion for Extension of Time until February 16, 2022 To File A Motion for Summary Judgment. Signed by Judge Stefan R. Underhill on 2/23/2022. (Hurley, S.) (Entered: 02/23/2022) |
| 02/23/2022 | view103 | ORDER granting 97 Motion to Seal. Under Fed. R. Civ. P. 5.2(d), "[t]he court may order that a filing be made under seal without redaction." Pursuant to D. Conn. L. Civ. R. 57(b)(1)(A), any order sealing a judicial document requires "particularized findings on the record that closure is essential to preserve compelling interests, and that the closure is narrowly tailored to serve those interests." The party moving to seal must demonstrate "that closure is essential to preserve higher values and is narrowly tailored to serve that interest." *Kleftogiannis v. Inline Plastics Corp.*, 411 F. Supp. 3d 216, 232 (D. Conn. 2019).<br>In this case, the defendants move to seal several documents-- (1) the United States Department of Labors Operational Plan (unredacted) and (2) Exhibits 5 and 6 (unredacted) to the Declaration of Timothy Corsi-- because they contain protected information, including names and personal information. This Court has determined that sensitive and personally-identifying information may be subject to redaction and that the privacy interest is heightened when the personal information of third-parties is implicated, as here. *See Kleftogiannis*, 411 F. Supp. 3d at 233. Accordingly, in the interest of the privacy of the relevant parties and non-parties, I permit the defendants to file the redacted documents and seal the unredacted originals. They will remain sealed until further order of the Court. Signed by Judge Stefan R. Underhill on 2/23/2022. (Hurley, S.) (Entered: 02/23/2022) |
| 03/09/2022 | view104 | Memorandum in Opposition re 100 MOTION for Summary Judgment *As to Liability Only* filed by Lynn Allen, Timothy Corsi, Jane Does, John Does, Cheri Garcia. (Attachments: # 1 Statement of Material Facts Local Rule 56(a)2 Statement)(Sciarrino, Christine) (Entered: 03/09/2022) |
| 03/09/2022 | view105 | Counter Statement of Material Facts re 96 MOTION for Summary Judgment *as to Defendant's Statement of Material Facts* filed by Grist Mill Capital LLC. (Einhorn, Jonathan) (Entered: 03/09/2022) |

| 03/09/2022 | view106 | Statement of Material Facts re 96 MOTION for Summary Judgment filed by Daniel Carpenter. (Attachments: # 1 Exhibit Declaration of Dan Carpenter)(Williams, John) (Entered: 03/09/2022) |
|---|---|---|
| 03/10/2022 | view107 | First MOTION for Extension of Time until March 11, 2022 to file its response to Defendants' Motion for Summary Judgment 96 MOTION for Summary Judgment by Grist Mill Capital LLC. (Einhorn, Jonathan) (Entered: 03/10/2022) |
| 03/11/2022 | view108 | Memorandum in Opposition *by Grist Mill Capital nunc pro tunc* re 96 MOTION for Summary Judgment filed by Grist Mill Capital LLC. (Attachments: # 1 Exhibit, # 2 Exhibit)(Einhorn, Jonathan) (Entered: 03/11/2022) |
| 03/11/2022 | view109 | ORDER granting *nunc pro tunc* 107 Motion for Extension of Time to file Response to 96 Defendants' Motion for Summary Judgment. Signed by Judge Stefan R. Underhill on 3/11/2022. (Hurley, S.) (Entered: 03/11/2022) |
| 03/15/2022 | view110 | ORDER granting 75 Motion for Return of Property and Ordering the Government to Destroy the Pertinent Documents. The government is further ordered to thereafter file a declaration attesting to the fact that the copies have been destroyed in compliance with this order. Signed by Judge Stefan R. Underhill on 3/15/2022. (Hurley, S.) (Entered: 03/15/2022) |
| 03/25/2022 | view111 | REPLY to Response to 96 MOTION for Summary Judgment filed by Lynn Allen, Timothy Corsi, Jane Does, John Does, Cheri Garcia. (Sciarrino, Christine) (Entered: 03/25/2022) |
| 03/30/2022 | view112 | MOTION for Reconsideration re 110 Order on Motion for Return of Property, by Grist Mill Capital LLC. (Attachments: # 1 Memorandum in Support)(Einhorn, Jonathan) (Entered: 03/30/2022) |
| 04/20/2022 | view113 | Memorandum in Opposition re 112 MOTION for Reconsideration re 110 Order on Motion for Return of Property, filed by Lynn Allen, Timothy Corsi, Jane Does, John Does, Cheri Garcia. (Sciarrino, Christine) (Entered: 04/20/2022) |
| 04/26/2022 | view114 | ORDER denying 112 Motion for Reconsideration re 110 Order on Motion for Return of Property for the reasons set forth in the attached ruling. Signed by Judge Stefan R. Underhill on 4/26/2022. (Hurley, S.) (Entered: 04/26/2022) |
| 05/11/2022 | view115 | NOTICE OF APPEAL as to 114 Order on Motion for Reconsideration, 110 Order on Motion for Return of Property, by Lynn Allen, Timothy Corsi, Jane Does, John Does, Cheri Garcia. (Sciarrino, Christine) (Entered: 05/11/2022) |

| 05/11/2022 | view116 | NOTICE OF CROSS APPEAL as to 115 Notice of Appeal by Daniel Carpenter, Grist Mill Capital LLC. Filing fee $ 505, receipt number ACTDC-6930319. (Einhorn, Jonathan) (Entered: 05/11/2022) |
| --- | --- | --- |
| 05/11/2022 | view117 | Joint STIPULATION *For Stay Pending Appeal* by Grist Mill Capital LLC. (Einhorn, Jonathan) (Entered: 05/11/2022) |