AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Connecticut  ▾

| | |
|---|---|
| DANIEL CARPENTER, ET AL | ) |
| *Plaintiff* | ) |
| v. | )   Case No.   3:14CV 00741 (SRU) |
| LYNN ALLEN, ET AL | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DANIEL CARPENTER, IN ADDITION TO ATTORNEY JOHN WILLIAMS                               .

Date:     01/17/2024

/s/ Jonathan J. Einhorn
*Attorney's signature*

JONATHAN J. EINHORN ct00163
*Printed name and bar number*
129 Whitney Avenue
New Haven, CT 06510

*Address*

einhornlawoffice@gmail.com
*E-mail address*

(203) 777-3777
*Telephone number*

(203) 782-1721
*FAX number*