UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

_____

DANIEL CARPENTER, ET AL            NO. 3:14cv741 (SRU)

VS.

LYNN ALLEN, ET AL            FEBRUARY 21, 2024

## **PLAINTIFF'S NOTICE OF POTENTIAL SUMMARY JUDGMENT ARGUMENTS**[1]

Pursuant to doc. entry #133, the plaintiffs Daniel Carpenter and Grist Mill Capital, LLC hereby give notice that at the argument of Defendant's Motion for Summary Judgment (doc. entry #96), and the Plaintiff's Motion for Summary Judgment (doc. entry #100), they intend to make the following arguments to the Court:

1. That they oppose Defendants' Motions for Summary Judgment as raising both disputed issues of law and fact; and

2. That they will seek summary judgment since,

    a. The search warrant in question was defective,

    b. The search exceeded the scope of the warrant, and

    c. The search warrant in question violated the Fourth Amendment to the U.S. Constitution.

---

[1] The Plaintiffs are engaging new counsel which may modify this list prior to argument.

d.

        THE PLAINTIFFS

        */s/ Jonathan J. Einhorn*

        JONATHAN J. EINHORN
        129 WHITNEY AVENUE
        NEW HAVEN, CT 06510
        FEDERAL BAR NO. ct00163
        EINHORNLAWOFFICE@GMAIL.COM

## CERTIFICATION

    I hereby certify that on this 21th day of February, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

        */s/ Jonathan J. Einhorn*
        JONATHAN J. EINHORN