## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANIEL CARPENTER, ET AL. | ) | CIVIL ACTION NO. 3:14-CV-00741 |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| LYNN ALLEN, ET AL. | ) | |
| | ) | |
| DEFENDANT. | ) | FEBRUARY 22, 2024 |

### **APPEARANCE**

Please enter my Appearance as counsel for the plaintiffs, Daniel Carpenter and Grist Mill Capital LLC, in the above-captioned matter in addition to other counsel appearing for the plaintiffs.

          THE DEFENDANTS,
          DANIEL CARPENTER
          GRIST MILL CAPITAL LLC

          BY */s/ Kenneth R. Slater, Jr.*
          Kenneth R. Slater, Jr.
          HALLORAN SAGE LLP
          225 Asylum Street
          Hartford, CT 06103
          Federal Bar #ct09451
          860-297-4662
          860-548-0006 Fax
          slater@halloransage.com
          Its Attorneys

Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103



Phone 860.522.6103
Fax 860.548.0006
Juris No. 026105

## **CERTIFICATION**

      This is to certify that on this 22nd day of February, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                        */s/ Kenneth R. Slater, Jr.*
                                        Kenneth R. Slater, Jr.
                                        slater@halloransage.com

9039698v.1



Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103

Phone 860.522.6103
Fax 860.548.0006
Juris No. 026105