UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DANIEL CARPENTER,
GRIST MILL CAPITAL LLC,

    Plaintiffs,

v.                                              3:14-cv-00741-SRU

LYNN ALLEN, CHERI GARCIA,
TIMOTHY CORSI, JOHN DOES,
JANE DOES,

    Defendants.

## JUDGMENT

This matter came on for consideration on the cross motions for summary judgment (doc. nos. 96 and 100) before the Honorable Stefan R. Underhill, United States District Judge. Following oral argument on March 26, 2024, and having considered the full record of the case, the Court entered a ruling on March 29, 2024 (doc. no. 140), granting the defendants' motion for summary judgment (doc. no. 96) and denying the plaintiff's motion for summary judgment (doc. no. 100) for the reasons stated in the ruling. It is therefore;

ORDERED, ADJUDGED, and DECREED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 29 day of March 2024.

                                                          DINAH MILTON KINNEY, Clerk

                                                          By:  /s/ Julia Reis
                                                          Deputy Clerk

EOD: 3/29/2024