# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL E. CARPENTER and GRIST MILL CAPITAL, LLC, | : |
| | : |
| Plaintiffs, | Docket No. 3:14CV741 (SRU) |
| | : |
| VS. | |
| | : |
| LYNN ALLEN, CHERI GARCIA, TIMOTHY CORSI, JOHN DOES 1-100, and JANE DOES 1-100, | : |
| | : |
| Defendants. | May 30, 2024 |

NOTICE OF APPEARANCE FOR CERTAIN DEFENDANTS

TO THE CLERK OF THE COURT:

Please enter my appearance on behalf of Defendant Lynn Allen, sued in her personal and official capacities, and Defendants Cheri Garcia and Timothy Corsi, sued in their personal capacities. This appearance is in addition to, and not in lieu of, the appearance of Assistant U.S. Attorney Christine Sciarrino as attorney for these defendants.

Respectfully submitted,

For Defendants Lynn Allen, Cheryl Garcia and Timothy Corsi,

Vanessa Roberts Avery
United States Attorney
         /s/
Lauren M. Nash, ct01705
Assistant United States Attorney
United States Attorney's Office
157 Church Street -25th Floor
New Haven, Connecticut 06510
Tel. (203) 821-3807/Fax (203) 773-5315
Email: Lauren.Nash@usdoj.gov

## **Certification**

I hereby certify that on May 30, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/

Lauren M. Nash
Assistant United States Attorney